# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIGSAW PRODUCTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Defendant. | Case No. 24-cv-2358 (TSC) |

## NOTICE OF SEC'S MOTION FOR SUMMARY JUDGMENT

　　Defendant U.S. Securities and Exchange Commission ("SEC") hereby moves for summary judgment under Federal Rule of Civil Procedure 56 in this Freedom of Information Act action. The SEC requests that this Court grant summary judgment in its favor because no genuine issue of material fact exists, and the SEC is entitled to judgment as a matter of law. In support of this motion, the SEC respectfully refers the Court to the accompanying statement of material facts, memorandum of points and authorities, and declaration of Mark Tallarico with accompanying exhibits.

Dated:  May 9, 2025	Respectfully submitted,

/s/ *Kevin Solonsky*
Kevin Solonsky
Office of the General Counsel
U.S. Securities and Exchange Commission
D.C. Bar No. 437119
100 F Street, NE
Washington, D.C. 20549
Telephone: (202) 551-5014
Fax: (202) 772-9263
SolonskyKD@sec.gov

*Counsel for Defendant*
*U.S. Securities and Exchange Commission*