UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIGSAW PRODUCTIONS, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>      Defendant. | Case No. 24-cv-2358 (TSC) |

## [PROPOSED] ORDER GRANTING SEC'S MOTION FOR SUMMARY JUDGMENT

Having considered the defendant U.S. Securities and Exchange Commission's ("SEC") motion for summary judgment,

IT IS HEREBY ORDERED that the SEC's motion for summary judgment is granted.

IT IS SO ORDERED.

Date: _____

                                                          Hon. Tanya S. Chutkan
                                                          UNITED STATES DISTRICT JUDGE

Pursuant to Local Civil Rule 7(k), the names and addresses of all attorneys entitled to be notified of the entry of this proposed order granting the SEC's motion for summary judgment are as follows:

Gunita Singh
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
gsingh@rcfp.org

Adam A. Marshall
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
amarshall@rcfp.org

*Counsel for Plaintiff*

Kevin D. Solonsky
Office of the General Counsel
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
solonskykd@sec.gov

*Counsel for Defendant*