UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIGSAW PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION<br><br>Defendant. | Civil Action No. 24-cv-2358 (TSC) |

**PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7, Plaintiff Jigsaw Productions, Inc. ("Plaintiff") respectfully moves the Court for partial summary judgment in his favor and against the United States Securities and Exchange Commission ("SEC" or Defendant") as to its failure to comply with its obligations under the Freedom of Information Act ("FOIA" or the "Act"), 5 U.S.C. § 552, by improperly withholding certain agency records under claims of FOIA Exemptions 6 and 7(C) as set forth in Plaintiff's concurrently filed supporting Memorandum of Law.

In support of this Cross-Motion and in opposition to the Motion for Summary Judgment filed by Defendant, ECF No. 18, Plaintiff submits herewith a (i) Memorandum of Law; (ii) Combined Statement of Material Facts as to Which there is No Genuine Issue and Response to Defendant's Statement of Material Facts; (iii) Declaration of Gunita Singh; and (iv) Proposed Order. This Cross-Motion is based on

1

the concurrently filed Memorandum of Law, any *in camera* review by the Court, all pleadings, records, and files in the above-captioned case, and on such argument as may be presented by counsel at any hearing on the parties' cross-motions for summary judgment.

Plaintiff respectfully requests an oral hearing on this Cross-Motion pursuant to Local Rules 7(f) and 78.1 at a date and time convenient for the Court.

Dated: June 13, 2025                                               Respectfully submitted,

*/s/ Adam A. Marshall*
Adam A. Marshall
DC Bar No. 1029423
Gunita Singh
DC Bar No. 1601923
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: amarshall@rcfp.org
Email: gsingh@rcfp.org

*Counsel for Plaintiff*