## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

**JIGSAW PRODUCTIONS, INC.**

Plaintiff,

v.

**U.S. SECURITIES AND EXCHANGE COMMISSION**

Defendant.

---

Civil Action No. 24-cv-2358 (TSC)

## DECLARATION OF GUNITA SINGH

I, Gunita Singh, declare as follows:

1.    I am a staff attorney at the Reporters Committee for Freedom of the Press ("Reporters Committee"), an unincorporated nonprofit association based in Washington, D.C.  I have been a staff attorney at the Reporters Committee since September 2021.  Prior to becoming a staff attorney, from February 2019 to September 2021, I was a legal fellow at the Reporters Committee.  I am a member in good standing of the bar of the District of Columbia and am admitted to practice before this Court.  I am one of the Reporters Committee attorneys representing Plaintiff Jigsaw Productions, Inc. ("Plaintiff") in the above-captioned matter, and I make this declaration in support of Plaintiff's Cross-Motion for Partial Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment.  I have personal knowledge of the matters stated in this declaration.

2.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk 2008 Interview*, DJ, YouTube (last accessed May 8, 2025), https://www.youtube.com/watch?v=0ygRqjBQAUk.   Below is a screengrab from the linked video.



3.   Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk in 2009— Charlie Rose Interview*, Remembrance of Things Past, YouTube          (last          accessed          May          8,          2025), https://www.youtube.com/watch?v=ktkV0N0Oask.   Below is a screengrab from the linked video.



4.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *NPC Luncheon with Elon Musk*, The National Press Club, YouTube (Sep. 30, 2011), https://www.youtube.com/watch?v=xrVD3tcVWTY.   Below is a screengrab from the linked video.



5.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk and Kevin Rose*, Kevin Rose, YouTube (Sep. 7, 2012), https://www.youtube.com/watch?v=L-s_3b5fRd8.    Below is a screengrab from the linked video.



6.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk at Montana Jobs Summit*, MontanaJobsSummit, YouTube (Nov. 15, 2013), https://www.youtube.com/watch?v=fWCCcgVwNJ0.  Below is a screengrab from the linked video.



7.  Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk Speaks About Tesla and SpaceX at Vanity Fair's New Establishment Summit*, Vanity Fair, YouTube (Oct. 17, 2014), https://www.youtube.com/watch?v=fPsHN1KyRQ8. Below is a screengrab from the linked video.



8.  Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk, CEO of Tesla at ONS 2014*, ONS - Energy Meeting Place, YouTube (Nov. 13, 2014), https://www.youtube.com/watch?v=0ZsVxSDB7NY&t=1s. Below is a screengrab from the linked video.



9.      Between April 15 and May 8, 2025, I reviewed the video at the following website: *ISSRDC 2015 - A Conversation with Elon Musk*, ISS National Lab, YouTube (July 8, 2015), https://www.youtube.com/watch?v=ZmEg95wPiVU. Below is a screengrab from the linked video.



10.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk : How to Build the Future*, Y Combinator, YouTube (Sep. 15, 2016), https://www.youtube.com/watch?v=tnBQmEqBCY0. Below is a screengrab from the linked video.



11.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Mohammad Al Gergawi in a conversation with Elon Musk during WGS17*, World Governments Summit, YouTube (Feb. 15, 2017), https://www.youtube.com/watch?v=rCoFKUJ_8Yo. Below is a screengrab from the linked video.



12.     Between April 15 and May 8, 2025, I reviewed the video at the following website: 10. *Elon Musk Answers Your Questions!* | SXSW 2018, SXSW, YouTube (Mar. 11, 2018), https://www.youtube.com/watch?v=kzlUyrccbos&t=19s. Below is a screengrab from the linked video.



13.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Talking Tech with Elon Musk!*, Marques Brownlee, YouTube (Aug. 17, 2018), https://www.youtube.com/watch?v=MevKTPN4ozw&t=1s.     Below is a screengrab from the linked video.



14.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Tesla Factory Tour with Elon Musk!*, Marques Brownlee, YouTube (Aug. 20, 2018), https://www.youtube.com/watch?v=mr9kK0_7x08.  Below is a screengrab from the linked video.



15.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Joe Rogan Experience #1169 - Elon Musk*, PowerfulJRE, YouTube (Sep. 7, 2018), https://www.youtube.com/watch?v=ycPr5-27vSI.   Below is a screengrab from the linked video.



16.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk: "I have no respect for the SEC"*, 60 Minutes, YouTube (Dec. 9, 2018),

https://www.youtube.com/watch?v=cRNypdYQoWk&list=PLI1yx5Z0Lrv7vSu4BMeULh3A9-GIz4mHR&t=1s.  Below is a screengrab from the linked video.



17.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk Podcast Feb 2019 Full*, Thayqua, YouTube (Feb. 21, 2019),

https://www.youtube.com/watch?v=MOy3MTZ9Dyg, where I heard 29 minutes of an
audio recording of a conversation with Elon Musk.

18.     Between April 15 and May 8, 2025, I reviewed the video at the following
website: *Elon Musk: Tesla Autopilot | Lex Fridman Podcast #18*, Lex Fridman,
YouTube (Apr. 12, 2019), https://www.youtube.com/watch?v=dEv99vxKjVI&t=1s.
Below is a screengrab from the linked video.



19.     Between April 15 and May 8, 2025, I reviewed the video at the following
website: *Elon Musk in conversation with Todd Howard | E3 Coliseum 2019 Panel*,
gameslice,              YouTube              (June              13,              2019),
https://www.youtube.com/watch?v=WVW50KRaBd8. Below is a screengrab from the
linked video.



20.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Jack Ma and Elon Musk hold debate in Shanghai*, New China TV, YouTube (Aug. 29, 2019), https://www.youtube.com/watch?v=f3lUEnMaiAU&t=1s.  Below is a screengrab from the linked video.



21.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *A conversation with Elon Musk about Starship*, Everyday Astronaut, YouTube (Oct. 1, 2019), https://www.youtube.com/watch?v=cIQ36Kt7UVg&t=1s. Below is a screengrab from the linked video.



22.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk: Neuralink, AI, Autopilot, and the Pale Blue Dot | Lex Fridman Podcast #49*, Lex Fridman, YouTube (Nov. 12, 2019), https://www.youtube.com/watch?v=smK9dgdTl40. Below is a screengrab from the linked video.



23.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Third Row Tesla Podcast – Episode 7 - Elon Musk's Story - Director's Cut*, Third Row Tesla, YouTube (Feb. 9, 2020), https://www.youtube.com/watch?v=J9oEc0wCQDE. Below is a screengrab from the linked video.



24.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *RAW Elon Musk Interview from Air Warfare Symposium 2020*, The Space Archive, YouTube (Mar. 2, 2020), https://www.youtube.com/watch?v=sp8smJFaKYE. Below is a screengrab from the linked video.



25.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Hack Club AMA w/ Elon Musk*, Hack Club, YouTube (Apr. 24, 2020), https://www.youtube.com/watch?v=riru9OzScwk&t=1s. Below is a screengrab from the linked video.



26.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Joe Rogan Experience #1470 - Elon Musk*, PowerfulJRE, YouTube (May 7, 2020), https://www.youtube.com/watch?v=RcYjXbSJBN8.  Below is a screengrab from the linked video.



27.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk And Jay Leno Hop In The 2021 Tesla Cybertruck | Jay Leno's Garage*, CNBC Ambition, YouTube (May 23, 2020), https://www.youtube.com/watch?v=O3BH8edQVZ4&t=3s.  Below is a screengrab from the linked video.



28.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Talking to Elon Musk and Jim Bridenstine about SpaceX fly astronauts for the 1st time! #DM2*, Everyday Astronaut, YouTube (May 27, 2020),

https://www.youtube.com/watch?v=p4ZLysa9Qqg. Below is a screengrab from the linked video.



29.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Axel Springer Award 2020*, Axel Springer SE, YouTube (Dec 1, 2020), https://www.youtube.com/watch?v=AF2HXId2Xhg. Below are screengrabs from the linked video.

 

30.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk on Tesla, SpaceX and Why He Left Silicon Valley | WSJ*, The

Wall Street Journal, YouTube (Dec. 9, 2020), https://www.youtube.com/watch?v=V1nQFotzQMQ. Below is a screengrab from the linked video.



31.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk Clubhouse Interview*, Austin Byrd, YouTube (Feb. 1, 2021), https://www.youtube.com/watch?v=4_qxJEsvvSA&t=4s, where I heard a one hour 37 minute audio clip of Elon Musk being interviewed.

32.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk Interview: 1-on-1 with Sandy Munro*, Munro Live, YouTube (Feb. 2, 2021), https://www.youtube.com/watch?v=YAtLTLiqNwg.   Below is a screengrab from the linked video.



33.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk and Peter Diamandis LIVE on $100M XPRIZE Carbon Removal*, XPRIZE,          YouTube          (April          22,          2021), https://www.youtube.com/watch?v=BN88HPUm6j0. Below is a screengrab from the linked video.



34.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk Monologue - SNL*, Saturday Night Live, YouTube (May 9, 2021), https://www.youtube.com/watch?v=fCF8I_X1qKI.   Below is a screengrab from the linked video.



35.     Between April 15 and May 8, 2025, I reviewed the video at the following

website: *WATCH: Elon Musk discuss Starlink Internet at MWC 2021 - Livestream*,

CNET        Highlights,        YouTube        (June        29,        2021),

https://www.youtube.com/watch?v=RcnVTgrgThE.    Below is a screengrab from the

linked video.



36.     Between April 15 and May 8, 2025, I reviewed the video at the following

website: *Starbase Tour with Elon Musk [PART 1 // Summer 2021]*, Everyday

Astronaut,        YouTube        (Aug.        3,        2021),        https://www.youtube.com/watc

h?v=t705r8ICkRw&t=2s. Below is a screengrab from the linked video.



37.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Starbase Tour with Elon Musk [PART 2 // Summer 2021]*, Everyday Astronaut, YouTube (Aug. 7, 2021), https://www.youtube.com/watch?v=SA8ZBJWo73E. Below is a screengrab from the linked video.



38.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Starbase Launchpad Tour with Elon Musk [PART 3 // Summer 2021*], Everyday Astronaut, YouTube (Aug. 11, 2021), https://www.youtube.com/watch?v=9Zlnbs-NBUI. Below is a screengrab from the linked video.



39.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Italian Tech Week 2021, the fireside chat with Elon Musk and John Elkann, La Republica*, YouTube (Sept. 25, 2021), https://www.youtube.com/watch?v=2MDs56gT-a8. Below is a screengrab from the linked video.



40.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Tesla Technoking and SpaceX Chief Engineer Elon Musk | Full Interview | Code 2021*, Vox Media, YouTube (Oct. 4, 2021), https://www.youtube.com/watch?v=HZP67-DECVw. Below is a screengrab from the linked video.



41.     Between April 15 and May 8, 2025, I reviewed the video at the following
website: *NEW - Full Elon Musk Interview at NASEM ft. Baby X - SpaceX Starship
Update with Q&A,* The Space Road, YouTube (Nov. 18, 2021),
https://www.youtube.com/watch?v=kr9zbPWqmhg&t=3s. Below is a screengrab from
the linked video.



42.     Between April 15 and May 8, 2025, I reviewed the video at the following
website: *'Tesla as the World's Biggest Robot Company:' Elon Musk on AI and U.S.
Innovation | WSJ*, The Wall Street Journal, YouTube (Dec. 6, 2021),
https://www.youtube.com/watch?v=lSD_vpfikbE.    Below is a screengrab from the
linked video.



43.     Between April 15 and May 8, 2025, I reviewed the video at the following
website: *EP17 Engineering Victory with Elon, Dan Carlin,* YouTube (Dec. 13, 2021),

https://www.youtube.com/watch?v=T_Fa50Zc_3Y&t=27s, where I heard a one hour

and 41 minute audio recording of an interview with Elon Musk.

44.    Between April 15 and May 8, 2025, I reviewed the video at the following

website: *TIME Person of the Year: Elon Musk*, TIME, YouTube (Dec. 13, 2021),

https://www.youtube.com/watch?v=PbVSZvC7UxY&t=5s.    Below is a screengrab

from the linked video.



45.    Between April 15 and May 8, 2025, I reviewed the video at the following

website: *Elon Musk Sits Down With The Babylon Bee*, Babylon Bee, YouTube (Dec.

22, 2021), https://www.youtube.com/watch?v=jvGnw1sHh9M. Below is a screengrab

from the linked video.



46.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk: SpaceX, Mars, Tesla Autopilot, Self-Driving, Robotics, and AI | Lex Fridman Podcast #252*, Lex Fridman, YouTube (Dec. 28, 2021), https://www.youtube.com/watch?v=DxREm3s1scA.   Below is a screengrab from the linked video.



47.     Between April 15 and May 8, 2025, I reviewed the video at the following website:     *Starship     Update,*     SpaceX,     YouTube     (Feb.     10,     2022), https://www.youtube.com/watch?v=3N7L8Xhkzqo&t=5s.   Below is a screengrab from the linked video.



48.     Between April 15 and May 8, 2025, I reviewed the video at the following

website: *Elon Musk talks Twitter, Tesla and how his brain works — live at TED2022*,

TED, YouTube (Apr. 14, 2022), https://www.youtube.com/watch?v=cdZZpaB2kDM.

Below is a screengrab from the linked video.



49.     Between April 15 and May 8, 2025, I reviewed the video at the following

website: *ELON MUSK: "Birthrate might be the biggest threat to the future of human*

*civilization"*,      WELT      Documentary,      YouTube      (Apr.      15,      2022),

https://www.youtube.com/watch?v=2WX_mgnAFA0. Below is a screengrab from the

linked video.



50.     Between April 15 and May 8, 2025, I reviewed the video at the following

website: *Elon Musk: A future worth getting excited about | Tesla Texas Gigafactory*

*interview      |      TED*,      TED,      YouTube      (Apr.      17,      2022),

https://www.youtube.com/watch?v=YRvf00NooN8. Below is a screengrab from the linked video.



51.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *In conversation with Elon Musk: Twitter's bot problem, SpaceX's grand plan, Tesla stories & more*, All in Podcast, YouTube (May 16, 2022), https://www.youtube.com/watch?v=CnxzrX9tNoc&t=2s. Below is a screengrab from the linked video.



52.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Future of the Car: Elon Musk Keynote Interview*, FT Live, YouTube (May 10, 2022), https://www.youtube.com/watch?v=VfyrQVhfGZc&t=1s. Below is a screengrab from the linked video.



53.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *[2022] Elon Musk Explains Updates To Starship And Starbase!*, Everyday Astronaut, YouTube (May 14, 2022), https://www.youtube.com/watch?v=3Ux6B3bvO0w. Below is a screengrab from the linked video.



54.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Go up SpaceX's Starship-catching robotic launch tower with Elon Musk!,* Everyday Astronaut, YouTube (May 26, 2022), https://www.youtube.com/watch?v=XP5k3ZzPf_0. Below is a screengrab from the linked video.



55.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Tesla CEO Elon Musk on Trump, Twitter, Job Cuts, Recession Risks*, Bloomberg Television, YouTube (June 21, 2022), https://www.youtube.com/watch?v=TjBA6jy4ako. Below is a screengrab from the linked video.



56.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk on the Early Days of Tesla: Interview Part 1*, Tesla Owners Silicon Valley, YouTube (June 3, 2022), https://www.youtube.com/watch?v=AeeeEDSekG8&t=1s. Below is a screengrab from the linked video.



57.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk on Life, the Universe and Everything: Interview Part 2*, Tesla Owners Silicon Valley, YouTube (June 14, 2022), https://www.youtube.com/watch?v=iHmSrK238vI. Below is a screengrab from the linked video.



58.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk Unfiltered: Interview Part 3 (Bonus Material)*, Tesla Owners Silicon Valley, YouTube (June 22, 2022), https://www.youtube.com/watch?v=u5w_VkAx6tc&t=4s. Below is a screengrab from the linked video.



59.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Getting Stoned: Interview with Elon Musk,* Gettindstoned.online, YouTube (July 1, 2022), https://www.youtube.com/watch?v=rQI2Ls32b80&t=5s, where I heard a one hour 6 minute audio recording of an interview with Elon Musk.

60.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk Reveals His Knowledge on Aliens, Challenges Putin to UFC, and Predicts WW3*, Full Send Podcast, YouTube (Aug. 4, 2022),

https://www.youtube.com/watch?v=fXS_gkWAIs0.    Below is a screengrab from the linked video.



61.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk Gives Jay Leno A Tour of SpaceX*, CNBC Ambition, YouTube (Sept. 16, 2022), https://www.youtube.com/watch?v=wluBlr1j4qk&t=1s. Below is a screengrab from the linked video.



62.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk interviewed by Indonesian Education Minister*, Elon Alerts, YouTube (Nov. 15, 2022), https://www.youtube.com/watch?v=l8sMFMBfFrM. Below is a screengrab from the linked video.



63.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk interviewed about Twitter by Robin Wheeler*, Elon Alerts, YouTube (Nov. 9, 2022), https://www.youtube.com/watch?v=GqhFQpRZ_5U&t=5s, where I listened to a 56 minute long audio clip of Elon Musk being interviewed.

64.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *A Conversation with Elon Musk 2.0*, World Governments Summit, YouTube (Mar. 3, 2023), https://www.youtube.com/watch?v=2IVQwzFzsBo. Below is a screengrab from the linked video.



65.    Between April 15 and May 8, 2025, I reviewed the video at the following

website: *Elon Musk tells Tucker potential dangers of hyper-intelligent AI*, FOX News,

YouTube (Apr. 17, 2023), https://www.youtube.com/watch?v=a2ZBEC16yH4. Below

is a screengrab from the linked video.



66.     Between April 15 and May 8, 2025, I reviewed the video at the following

website: *Elon Musk (Full Interview) | Real Time with Bill Maher (HBO)*, Real Time

with Bill Maher (Apr. 29, 2023), https://www.youtube.com/watch?v=oO8w6XcXJUs.

Below is a screengrab from the linked video.



67.     Between April 15 and May 8, 2025, I reviewed the video at the following

website: *Elon Musk Full CNBC Interview: "I Created AI"*, AstraNova, YouTube (May

17, 2023), https://www.youtube.com/watch?v=k2PynmefVC4.  Below is a screengrab

from the linked video.



68.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *'Tesla AI Is Actually Very Advanced:' Elon Musk on AI, China, Twitter and More | WSJ*, The Wall Street Journal, YouTube (May 24, 2023), https://www.youtube.com/watch?v=PDy7s1SDDn4. Below is a screengrab from the linked video.



69.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *'Tesla as the World's Biggest Robot Company:' Elon Musk on AI and U.S. Innovation | WSJ*, The Wall Street Journal, YouTube (Dec. 6, 2021), https://www.youtube.com/watch?v=lSD_vpfikbE. Below is a screengrab from the linked video.



70.     Between April 15 and May 8, 2025, I reviewed the video at the following

website: *Babylon Bee Talks With Elon Musk at Twitter Headquarters*, Babylon Bee,

YouTube (June 2, 2023), https://www.youtube.com/watch?v=NHaczOsMQ20. Below

is a screengrab from the linked video.



71.     Between April 15 and May 8, 2025, I reviewed the video at the following

website: *Real Talk with Zuby Podcast Ep. 263*, Zuby, X (June 17, 2023),

https://x.com/ZubyMusic/status/1670098987037208577?ref_src=twsrc%5Etfw%7Ctw

camp%5Etweetembed%7Ctwterm%5E1670098987037208577%7Ctwgr%5Eb164a1a

6752b5f02c6e56083b147373438c1128f%7Ctwcon%5Es1_&ref_url=https%3A%2F%2

34

Fwww.everyelonmuskinterview.com%2F2023.  Below is a screengrab from the linked video.



72.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Revivez l'interview d'Elon Musk, patron de Tesla, SpaceX et Twitter, invité exceptionnel du journal de 20 heures de France 2*, FranceInfo (June 19, 2023), https://www.francetvinfo.fr/sciences/high-tech/direct-suivez-l-interview-d-elon-musk-patron-de-tesla-et-de-twitter-invite-exceptionnel-du-journal-de-20-heures-de-france-2_5898167.html.  Below is a screengrab from the linked video.



73.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk and EEI Chair Pedro J. Pizarro, President and CEO, Edison International at EEI 2023*, EEITV, YouTube (June 23, 2023), https://www.youtube.com/watch?v=t_WFsgjqpOU. Below is a screengrab from the linked video.



74.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Patti Poppe, PG&E CEO interviews Elon Musk, Tesla CEO at PG&E Innovation Summit 2023*, Pacific Gas & Electric, YouTube (Aug. 1, 2023), https://www.youtube.com/watch?v=ab8dJ1MIrrc. Below is a screengrab from the linked video.



75.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *All-In Summit: Elon Musk on Ukraine, X, the creator economy, China, AI, & more*, All-In Podcast, YouTube (Sep. 12, 2023), https://www.youtube.com/watch?v=tKqJ5-kkUGk. Below is a screengrab from the linked video.



76.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *AI SAFETY PANEL | Elon Musk, Max Tegmark, Greg Brockman, Benjamin Netanyahu*, Farzad, YouTube (Sept. 18, 2023), https://www.youtube.com/watch?v=Dg-rKXi9XYg. Below is a screengrab from the linked video.



77.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk & Ben Shapiro | Anti-Semitism & Free Speech*, Farzad, YouTube (Sep. 28, 2023), https://www.youtube.com/watch?time_continue=34&v=AEab8bXcSp4&embeds_referring_euri=https%3A%2F%2Fwww.everyelonmuskinterview.com%2F&source_ve_path=MzY4NDIsMjg2NjY, where I heard a one hour 38 minute audio recording of a discussion with Elon Musk.

78.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *IAC 23 Baku - Day 4 - Part 2/2 - International Astronautical Congress*, International Astronautical Federation, YouTube (Oct. 5, 2023), https://www.youtube.com/watch?v=kg3Z0wj9xDI&t=1s. Below is a screengrab from the linked video.



79.     Between April 15 and May 8, 2025, I reviewed the video at the following website: Elon Musk, *"AI discussion with @RishiSunak,"* X (Nov. 2, 2023), https://x.com/elonmusk/status/1720188083780370481?ref_src=twsrc%5Etfw%7Ctwc amp%5Etweetembed%7Ctwterm%5E1720188083780370481%7Ctwgr%5Eb164a1a6 752b5f02c6e56083b147373438c1128f%7Ctwcon%5Es1_&ref_url=https%3A%2F%2F www.everyelonmuskinterview.com%2F2023. Below is a screengrab from the linked video.



80.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk: War, AI, Aliens, Politics, Physics, Video Games, and Humanity | Lex Fridman Podcast #400*, Lex Fridman, YouTube (Nov. 9, 2023), https://www.youtube.com/watch?v=JN3KPFbWCy8. Below is a screengrab from the linked video.



81.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk on Advertisers, Trust and the "Wild Storm" in His Mind | DealBook Summit 2023*, New York Times Events, YouTube (Nov. 30, 2023), https://www.youtube.com/watch?v=2BfMuHDfGJI&t=2s. Below is a screengrab from the linked video.



82.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk and Sandy Munro discuss the Cybertruck*!, Munro Live, YouTube (Dec. 5, 2023), https://www.youtube.com/watch?v=ky1Z2klPalw&t=6s. Below is a screengrab from the linked video.



83.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *NEW: Elon Musk Leaves Audience Speechless in Italy*, Farzad, YouTube (Dec. 16, 2023), https://www.youtube.com/watch?v=QnpPU1KjcIU&t=1s. Below is a screengrab from the linked video.



84.    Between April 15 and May 8, 2025, I reviewed the video at the following website: SpaceX (@SpaceX), X (Jan. 12, 2024, 5:52 PM), https://x.com/SpaceX/status/1745941814165815717?ref_src=twsrc%5Etfw|twcamp%5Etweetembed|twterm%5E1745941814165815717|twgr%5E593d0c675ca1330b31481b61858a9ab39d72fc11|twcon%5Es1_&ref_url=https%3A%2F%2Fwww.everyelonmuskinterview.com%2F . Below is a screengrab from the linked video.



85.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *The Destructiveness of DEI | THE SEARCH With Elon Musk, Ben Shapiro*, YouTube (Jan. 27), https://www.youtube.com/watch?v=Cut_dByoKek. Below is a screengrab from the linked video.



86.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *New: Elon Musk & Ben Shapiro in PASSIONATE Interview*, Farzad, YouTube (Jan. 23, 2024), https://www.youtube.com/watch?v=JGdbFGANapk. Below is a screengrab from the linked video.



87.     Between April 15 and May 8, 2025, I visited the following website: *Elon Musk REFUSES to accept New Law!!*, Farzad, YouTube (Jan. 23, 2024), https://www.youtube.com/watch?v=bh4oduDYQDw&t=3s, where I listened to a 20 minute audio recording of a discussion with Elon Musk.

88.     Between April 15 and May 8, 2025, I visited the following website: *Elon Musk Lets Rip in EPIC Interview!,* Farzad, YouTube (Feb. 24, 2024), https://www.youtube.com/watch?v=ufrVfVosM6I, where I listened to a one hour 59 minute audio recording of a discussion with Elon Musk.

89.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk: AI Will Change Everything*, Farzad, YouTube (Feb. 29, 2024), https://www.youtube.com/watch?v=6Qs94yF8AHY. Below is a screengrab from the linked video.



90.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk on Racism, Bailing Out Trump, Hate Speech, and More - The Don Lemon Show (Full Interview)*, Don Lemon, YouTube (Mar. 18, 2024), https://www.youtube.com/watch?v=hhsfjBpKiTw.



91.     Between April 15 and May 8, 2025, I visited the following website: *Elon Musk REVEALS 2 People Tried to Kill Him!!!*, Farzad, YouTube (Mar. 17, 2024), https://www.youtube.com/watch?v=6ABAvPllaQE, where I listened to a 28 minute audio recording of a discussion with Elon Musk.

92.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk on AGI Safety, Superintelligence, and Neuralink (2024) | EP #91*, Peter    H.    Diamandis,    YouTube    (Mar.    25,    2024), https://www.youtube.com/watch?time_continue=5&v=akXMYvKjUxM&embeds_refe

rring_euri=https%3A%2F%2Fwww.everyelonmuskinterview.com%2F&source_ve_p
ath=MzY4NDIsMjM4NTE. Below is a screengrab from the linked video.



93.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk SpaceX Presentation Leaves Audience SPEECHLESS*, Farzad, YouTube (Apr. 6, 2024), https://www.youtube.com/watch?v=OffMED-KXIs. Below is a screengrab from the linked video.



94.     Between April 15 and May 8, 2025, I visited the following website: *Elon Musk: "10X Every 6 Months,"* Farzad, YouTube (Apr. 8, 2024), https://www.youtube.com/watch?v=FPpPTp7FIHY, where I listened to a 32 minute audio recording of a discussion with Elon Musk.

95.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Joe Rogan Experience #1609 – Elon Musk*, Powerful JRE, YouTube (June 27, 2024),  https://www.youtube.com/watch?v=Gbb2rV7Vpnw.    Below is a screengrab from the linked video.



96.     Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk: Neuralink and the Future of Humanity | Lex Fridman Podcast #438*,    Lex    Fridman,    YouTube    (Aug.    2,    2024), https://www.youtube.com/watch?v=Kbk9BiPhm7o. Below is a screengrab from the linked video.



97.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Haters will say this is AI*, @elonmusk, X (Aug. 14, 2024, 11:24 AM), https://x.com/elonmusk/status/1823742501884453312. Below is a screengrab from the linked AI-generated video.



98.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk and Dr. Peter Diamandis #FII8 Conversation on the Future of #AI*, FII Institute, YouTube (Oct. 29, 2024), https://www.youtube.com/watch?v=3JkkWfzc4Jg. Below is a screengrab from the linked video.



99.    Between April 15 and May 8, 2025, I reviewed the video at the following

website: *Joe Rogan Experience #2223, Elon Musk,* PowerfulJRE, (Nov. 4, 2024),

https://www.youtube.com/watch?v=7qZl_5xHoBw. Below is a screengrab from the

linked video.



100.    Between April 15 and May 8, 2025, I visited the following website: *Huge week for DOGE*, whitehouse, Instagram (Jan. 25, 2025) https://www.instagram.com/whitehouse/p/DFRAc5nR-kn/. Below is a screengrab of the linked post.



101.    Between April 15 and May 8, 2025, I visited the following website: *Can I help you?*, @elonmusk, X (Feb. 5, 2025, 11:22 AM), https://x.com/elonmusk/status/1887174880527106540. Below is a screengrab of the linked post.



102.     Between April 15 and May 8, 2025, I visited the following website: *potus*

*&         whitehouse*,         Instagram         (Feb.         7,         2025),

https://www.instagram.com/potus/p/DFxydrTpX0Q/.   Below   is   a   screengrab   of   the

linked post.



103.     Between April 15 and May 8, 2025, I reviewed the video at the following

website: *ELON MUSK: "It's not optional for us to reduce the federal expenses. IT'S*

*ESSENTIAL."*,         Whitehouse,         Instagram         (Feb.         12,         2025),

https://www.instagram.com/whitehouse/reel/DF_RXtvxx_s/.   Below   is   a   screengrab

from the linked video.



104.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *A Hannity Interview with President Trump and Elon Musk*, FOX Nation (Feb. 19, 2025), https://nation.foxnews.com/watch/1ebe75d66f1b33d8943a0be8a 14222b8/. Below is a screengrab from the linked video.



105.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Joe Rogan Experience #2281, Elon Musk*, PowerfulJRE, YouTube (Feb. 28, 2025), https://www.youtube.com/watch?v=sSOxPJD-VNo. Below is a screengrab from the video post.



106.    Between April 15 and May 8, 2025, I visited the following website: *Making govt waste an offer it can't refuse*, @elonmusk, X (Mar. 4, 2025, 1:46 PM), https://x.com/elonmusk/status/1896995745280266333. Below is a screengrab of the linked post.



107.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk exposes why Democrats don't want 'waste and fraud' to be turned off*, FOX Business, YouTube (Mar. 10, 2025), https://www.youtube.com/watch?v=T6DiMIJIvYw. Below is a screengrab from the linked video.



108.    Between April 15 and May 8, 2025, I visited the following website: *Get in, patriots—we have a country to save.* 🇺🇸*,* whitehouse, Instagram (March 11, 2025), https://www.instagram.com/whitehouse/p/DHEpEdMRL4K/. Below is a screengrab from the linked post.



109.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Uncut*, Verdict with Ted Cruz, YouTube (Mar. 22, 2025), https://www.youtube.com/watch?v=aMcmuKTfr54. Below is a screengrab from the linked video.



110.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk and DOGE team sit down with Bret Baier in 'Special Report' exclusive*, FOX News (March 28, 2025), https://www.foxnews.com/video/6370654580112. Below is a screengrab from the linked video.



111.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *NEW: Elon Musk On Tariffs, Trump*, Farzad, YouTube (Apr. 5, 2025), https://www.youtube.com/watch?v=vFLorn6MQgQ. Below is a screengrab from the linked video.



112.    Between April 15 and May 8, 2025, I visited the following website: *There should be no need for FOIA requests. All government data should be default public for*

*maximum    transparency*,    @elonmusk,    X    (Nov.    3,    2024,    9:19    AM),
https://perma.cc/CSB6-FQY6.

113.    Between April 15 and May 8, 2025, I reviewed the video at the following
website: *President Trump Hosts First Cabinet Meeting, Feb. 26, 2025*, The White
House   (Feb.   26,   2025),   https://www.whitehouse.gov/past-events/president-trump-
hosts-first-cabinet-meeting-feb-26-2025/. Below is a screengrab from the linked video.



114.    Between April 15 and May 8, 2025, I reviewed the video at the following
website: *President Trump Signs Executive Orders in the Oval Office, Feb. 11, 2025*,
The White House (Feb. 11, 2025), https://www.whitehouse.gov/past-events/president-
trump-signs-executive-orders-in-the-oval-office-feb-11-2025/.  Below  is  a  screengrab
from the linked video.



115.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *President Trump Participates in a Cabinet Meeting, Apr. 30, 2025*, The White House (Apr. 30, 2025), https://www.whitehouse.gov/past-events/president-trump-participates-in-a-cabinet-meeting-apr-30-2025/. Below is a screengrab from the linked video.



116.    Between April 15 and May 8, 2025, I visited the following website: C. Todd Lopez, *Defense Secretary Hosts Elon Musk at Pentagon*, U.S. Department of Defense (Mar. 21, 2025), https://www.defense.gov/News/News-Stories/Article/Article/4131400/defense-secretary-hosts-elon-musk-at-pentagon/. Below is a screengrab from the linked article.



117.    Between April 15 and May 8, 2025, I reviewed the video at the following website: *Elon Musk shares what he hopes is his legacy: 'Helped move civilization*

*forward'*,      Fox      News,      YouTube      (May      4,      2025),
https://www.youtube.com/watch?v=1HcTXA951Mw. Below is a screengrab from the
linked video.



118.  On May 30, 2025, I visited the following government website: *FOIA
Library*, DOJ Office of Information Policy, https://www.justice.gov/oip/available-
documents-oip (last accessed June 4, 2025).

119.  Attached hereto as **Exhibit A** is a true and correct copy of a printout
from the following government website:  *SEC v. Elon Musk*, U.S. Secs. & Exch.
Comm'n,      https://www.sec.gov/enforcement-litigation/distributions-for-harmed-
investors/sec-v-elon-musk-case-no-18-cv-8865-sdny-sec-v-tesla-inc-case-no-18-cv-
8947-sdny (last accessed June 4, 2025).

120.  On March 18, 2025, Defendant sent me and my colleague a production
of a 281-page transcript (with redactions) of Musk's testimony given to SEC officials
as part of its investigation.

121.   On March 19, 2025, I asked Defendant's counsel whether the SEC would still withhold the corresponding video in its entirety; that same day, Defendant's counsel confirmed with me that was the agency's position.

122.   Attached hereto as **Exhibit B** is a true and correct copy of a printout from the following website:  Liv McMahon, et al., *Who is Elon Musk and What Is His Net Worth?*, BBC (May 29, 2025), https://www.bbc.com/news/articles/c0r1975ded7o.

123.   Attached hereto as **Exhibit C** is a true and correct copy of a printout from the following website: Chad de Guzman, *Elon Musk Steps Down From Government Role After Criticizing Trump's 'Big, Beautiful' Bill*, TIME (May 28, 2025), https://time.com/7289045/musk-trump-big-beautiful-bill-national-debt-deficit-disappointed-doge/.

124.   Attached hereto as **Exhibit D** is a true and correct copy of a printout from the following website: Joe Hernandez, *Trump Hired Musk as a 'Special Government Employee.' Here's What that Means*, NPR (Feb. 13, 2025), https://www.npr.org/2025/02/13/nx-s1-5293124/special-government-employee-trump-musk-doge.

125.   Attached hereto as **Exhibit E** is a true and correct copy of the transcript of Musk's interview with the SEC that Defendant transmitted to me on March 18, 2025 in connection with this case.

126.   Attached hereto as **Exhibit F** is a true and correct copy of a printout from the following website:  Adriana Licon, *Musk Waves a Chainsaw and Charms Conservatives Talking Up Trump's Cost-cutting Efforts*, AP (Feb. 21, 2025),

https://apnews.com/article/musk-chainsaw-trump-doge-6568e9e0cfc42ad6cdcfd58a409eb312.

127.    On June 6, 2025, I reviewed the video at the following website: *Elon Musk takes son Lil X to meet Tayyip Erdogan*, The Telegraph, YouTube (Sept. 18, 2023),  https://www.youtube.com/watch?v=Wc2mIwe-hHA.    Below is a screengrab from the linked video.



I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2025, in Washington, DC.

Respectfully submitted,

*/s/ Gunita Singh*
Gunita Singh