# EXHIBIT A

**SEC.GOV**

Home / Enforcement and Litigation / SEC v. Elon Musk Case No. 18-cv-8865 (S.D.N.Y.) SEC v. Tesla, Inc. Case No. 18-cv-8947 (S.D.N.Y.)

**HARMED INVESTOR**

# SEC v. Elon Musk Case No. 18-cv-8865 (S.D.N.Y.) SEC v. Tesla, Inc. Case No. 18-cv-8947 (S.D.N.Y.)

On September 27, 2018, the Commission filed a complaint (the "Musk Complaint") against Elon Musk, the CEO of Tesla, Inc. ("Tesla"). The Musk Complaint alleged that on August 7, 2018, Musk made a series of false and misleading statements regarding taking Tesla, a publicly traded company, private. *See* the Musk Complaint (https://www. sec.gov/divisions/enforce/claims/docs/elon-musk-complaint-09272018.pdf). On the same day, the Commission also filed a complaint (the " Tesla Complaint") against Tesla . The Tesla Complaint alleged that, Tesla failed to implement disclosure controls or procedures to assess whether information disseminated by its CEO, Musk, via his Twitter account was required to be disclosed in reports Tesla files pursuant to the Securities Exchange Act of 1934. *See* the Tesla Complaint (https://www.sec.gov/divisions/enforce/claims/docs/compla int-tesla-filed-09292018.pdf).

In their respective cases, the Court ordered, and Musk and Tesla have each paid, a $20,000,000 civil penalty to the Commission. The Commission was ordered to hold all funds, together with interest and income earned thereon, pending further order of the Court. *See* Musk's Final Judgment (https://www.sec.gov/divisions/enforce/claims/docs/musk -final-judgment-10162018.pdf) and Tesla's Final Judgment (https://www.sec.gov/divisions/enfor ce/claims/docs/tesla-final-judgment-10162018.pdf).

On February 6, 2019, the Court entered an order consolidating the two actions for the purposes of distributing the Fund to harmed investors. *See* the Court's Order (https://w ww.sec.gov/divisions/enforce/claims/docs/tesla-order-consolidate-actions-02062019.pdf).

On February 26, 2020, the Court entered an order that created a Fair Fund for the $40,000,000 in civil penalties collected from Musk and Tesla (the "Fair Fund") and appointed Miller Kaplan Arase LLP as the Tax Administrator of the Fair Fund. *See* the Court's Order  (https://www.sec.gov/divisions/enforce/claims/docs/tesla-order-fair-fund-022620 20.pdf).

On May 12, 2021, the Court entered an order  (/files/tesla-order-051221.pdf) that appointed Rust Consulting ("Rust") as the Distribution Agent to oversee the administration and distribution of the Fund/Distribution Fund/Fair Fund to Harmed Investors.

On March 8, 2022, the Commission filed a motion to approve a distribution plan, together with the distribution plan (the "Plan"). *See* the Commission's Motion and the Plan  (/files/tesla-motion-030822.pdf).

On March 25, 2022, the Court issued an order that approved the Plan. *See* the Court's Order  (/files/tesla-order-032522.pdf).

The Plan provides that the distribution of the Fair/Distribution Fund shall be made to investors based on their losses on shares of the Tesla common stock purchased between 12:48:16 p.m. EDT on August 7, 2018 and 4:00 p.m. EDT on August 8, 2018 due to the misconduct of the Defendants

On August 23, 2023, the Commission filed a motion to distribute $41,532,229.44 to eligible investors. *See* the Commission's Motion  (/files/tesla-motion-082323.pdf).

On September 1, 2023, the Court granted the Commission's motion and entered an order to disburse $41,532,229.44 from the Fair Fund for distribution to eligible investors. *See* the Court's Order  (/files/tesla-order-090123.pdf).

SEC v. Tesla Fair Fund
c/o Rust Consulting, Inc.
Telephone Number: 877-576-9981
Website: https://secvteslafairfund.com/  (https://secvteslafairfund.com/)
Email: info@SECvTeslaFairFund.com

Last Reviewed or Updated: Feb. 2, 2024

# EXHIBIT B

ADVERTISEMENT

# Who is Elon Musk and what is his net worth?

5 days ago

Share    Save

**Liv McMahon, Natalie Sherman & Dearbail Jordan**
Business & technology reporters



Getty Images

The billionaire is leaving the White House as the head of its spend-slashing Doge initiative - but says its mission will continue.

It seems like not a day goes by without billionaire Elon Musk making headlines.

The boss of X (formerly Twitter), Tesla and SpaceX is the world's richest person and has used his platform to make his views known on a vast array of topics.

He has charged ahead with human brain chip trials at his firm Neuralink - three patients currently have implants supplied by it.

He's also played with turning X into a super app and **tried to cement his presence in the fast-growing world of artificial intelligence**, despite having warned it could lead to humanity's extinction.

And Musk's reach has expanded further still, after Donald Trump's victory in the 2024 US presidential election - in which the Tesla executive played a key but controversial role.

The president picked the self-proclaimed "first buddy" to **lead the newly created**





Watch Live    B B C    Register    Sign In

**Department of Government Efficiency** (or Doge - a nod to Musk's favourite cryptocurrency, Dogecoin).

Musk denied a "hostile takeover" as his agency, which is not an official government department, implemented cuts such as dismantling the United States Agency for International Development (USAID), which distributes tens of billions of dollars' worth of overseas aid every year.

But also cut were sales and profits at Tesla, as some buyers objected to Musk's actions.

Some online have used the moniker "Swasticars" to refer to them, following Musk's controversial arm gesture at a rally celebrating Trump's return to office.

He announced his departure from the White House on 28 May.

Days earlier, he had **criticised one of Trump's signature policies,** which includes multi-trillion dollar tax breaks and a pledge to increase defence spending.

Musk told the BBC's US partner CBS News he was "disappointed" by the plan, which he felt "undermines" the work he did for the president on reducing spending.

He said that while he would leave the White House, **Doge's mission to cut government spending would continue** and "only strengthen over time".

ADVERTISEMENT



Getty Images

It's not just in the US where Musk has waded into political controversy.

In the UK, Musk accused Prime Minister Sir Keir Starmer of being "deeply complicit" in grooming gang "mass rapes in exchange for votes" - while Sir Keir accused critics of "spreading lies and misinformation".

In Germany, Musk has endorsed the far-right Alternative für Deutschland (AfD), and urged Germans to back the party in forthcoming elections.

In the UK and Germany, 71% of people said they took a negative view of Musk, with 63% saying they don't think he has much knowledge of national issues, **according to YouGov**.

---

ADVERTISEMENT

---

# Where was Elon Musk born?

Born in Pretoria, South Africa, Musk showed his talents for entrepreneurship early, going door-to-door with his brother selling homemade chocolate Easter eggs and developing his first computer game at the age of 12.

He has described his childhood as difficult, affected by his parents' divorce, bullying at school and his own difficulty picking up on social cues because of Asperger's Syndrome.

At the earliest opportunity, he left home for college, moving to Canada and then the US, where he studied economics and physics at the University of Pennsylvania, an Ivy League college.

**In a 2010 essay for Marie Claire**, his first wife, Justine Musk, a writer whom he met in college and married in 2000, wrote that even before making his millions Musk was "not a man who takes no for an answer".

"The will to compete and dominate, that made him so successful in business, did not magically shut off when he came home," she recalled, adding that he told her while dancing at their wedding, "I am the alpha in this relationship."

# How did Elon Musk make his money?

After being accepted to a physics graduate degree programme at Stanford University, Musk quickly dropped out and founded two technology start-ups during the "dotcom boom" of the 1990s.

These included a web software firm and an online banking company that eventually

became PayPal, which was sold to eBay in 2002 for $1.5bn (£1.2bn).

He ploughed his fortune into a new rocket company, SpaceX - which he aimed to make a cost-effective alternative to Nasa - and a new electric car company, Tesla, where he chaired the board until becoming chief executive in 2008.

ADVERTISEMENT


Getty Images

Elon Musk in 2004

The two firms are credited with upending their industries, even as they sometimes veered close to financial collapse.

More recent business ventures include his takeover of social media platform Twitter in October 2022.

He dramatically reduced the size of its workforce including, controversially, cuts to teams responsible for keeping the platform safe; rebranded the company as X; and introduced new premium subscriptions so that the business did not rely on advertising alone for income.

Musk's long-term ambition is for X to become an "everything app" offering a range of services. However, so far the value of the firm has plunged from the $44bn he originally paid to just $9.4bn, according to some estimates.

Since Musk's takeover companies have been choosing to leave the platform in what's been termed "the great X-odus".

<u>Reports suggest hate speech has been growing</u> under Musk's X tenure, and some firms don't want to be associated with that.

- <u>Leaving X can be a tricky decision for brands</u>

He also has ambitions in the AI sector, being an early investor in ChatGPT's parent company before parting ways in 2018, and <u>setting up his own company xAI</u> "to understand the true nature of the universe" in 2023.

In February 2024, <u>he sued OpenAI and its boss Sam Altman</u>, saying the firm he helped found had reneged on its non-profit, open source origins by hitching its wagon to Microsoft.

A year later, Musk led a takeover bid which was firmly rejected by Altman, who suggested a $9.74bn counter-offer for X.

"I'm never hugely convinced that he knows what he wants to do tomorrow," says journalist Chris Stokel-Walker of Musk's wide-ranging interests. "He very much leads by instinct."

In a 2015 biography, author Ashlee Vance described Musk as "a confrontational know-it-all" with an "abundant ego". But he also called him an awkward dancer and diffident public speaker.

In the press, he's been dubbed both a mad genius and Twitter's biggest troll - known as much for his lofty ambitions as his petty fights, not to mention the more serious lawsuits he and his companies have faced from regulators, investors and others over issues such as racial discrimination and the trustworthiness of his claims.

Divorced three times - twice from the same woman, British actress Talulah Riley - Musk is frank about his faults.

"If you list my sins, I sound like the worst person on Earth," he said <u>in a TED interview in 2022</u>.

"But if you put those against the things I've done right, it makes much more sense."

---

ADVERTISEMENT

---

## What is Elon Musk's net worth?

Those contradictions certainly haven't stopped Musk from amassing a fortune.

According to <u>Bloomberg's index</u>, tracking the wealth of the world's billionaires, Musk

is the richest of them all.

It estimates his current net worth to be around $386bn, with his fortune soaring alongside Tesla's share price following Trump's election victory.

That's based largely on the value of his shares in Tesla, of which he owns more than 13%. The company's stock soared in value - some say unreasonably - in 2020 as the firm's output increased and it started to deliver regular profits.

The shares plunged at the end of 2022, with some blaming the distraction of the Twitter takeover for the fall, though they have since recovered a lot of ground.

And throughout 2024 Musk was locked in a legal battle over a $56bn pay package from Tesla with a Delaware judge **rejecting his claim to it for a second time in December**.

Judge Kathaleen McCormick called the pay-out an "unfathomable sum", and argued Musk had influenced the company's board and shareholders - with 75% of them **voting to back his pay deal in June**.

- Is Elon Musk worth his $56bn Tesla pay package?



Elon Musk and his son ▮▮▮▮▮ in 2021. Musk, who has had 12 children, has called "population collapse" a bigger risk than global warming

---

ADVERTISEMENT

---

Musk also champions digital currencies and has a hand in several other smaller

companies, including tunnel-maker the Boring Company.

Musk, who wears the mantle of a workaholic proudly, has often said he's not in business simply to make money - claims he repeated recently with regard to his Twitter takeover.

"Elon only gets involved with things if he feels that they're critically important for some reason... for the sake of society or humanity," says friend and Tesla investor Ross Gerber.

# Why does Elon Musk support Trump?

For a long time Musk, who became a US citizen in 2002, resisted efforts to label his politics - calling himself "half-Democrat, half-Republican", "politically moderate" and "independent".

He says he voted for Barack Obama, Hillary Clinton and - reluctantly - Joe Biden, all of them Democrats.

But in recent years he's swung behind Donald Trump, who is a Republican.

Musk told media company the Daily Wire that his transgender daughter was "killed" by transitioning, and that he "vowed to destroy the woke mind virus".

He is now estranged from his daughter.

Musk officially endorsed Trump for a second term in 2024 <u>after his attempted assassination</u> and became one of the campaign's foremost backers and influencers.

He became critical of the Democrat party's stance on a number of issues, including the economy, immigration and gun control - decrying many of its policies as "woke".

Musk also repeatedly claimed that freedom of speech, enshrined in the first amendment of the US Constitution, would be under threat with another Democrat government.

He appeared at several Republican rallies in the run-up to the election, raised millions to fund a political action committee to help re-elect Trump, and frequently voiced his support for Trump in posts on X.

Musk's America Super PAC also ran a <u>controversial</u> $1m giveaway to voters in battleground states in the last weeks of the campaign.

- <u>Why tech bros are turning to Trump</u>

It was far from his first political controversy.

He has shared controversial takes on X about issues facing countries worldwide, such as <u>suggesting the UK was on the cusp of "civil war" amid violent unrest</u> in August 2024.

While Musk provided his Starlink satellite internet service to Ukraine, he also attracted criticism for refusing an emergency request from Kyiv to activate Starlink in Sevastopol, <u>home to a major Russian navy port</u>.

In the US, he moved to Texas, complaining of California's regulations and high taxes; has clashed with union organisers; and, in the spring of 2020, decried coronavirus lockdowns as "fascist".

Getty Images

Musk appeared on the Trump-Vance campaign trail in the run-up to the 2024 Presidential Election.

In the past, he has said that he sees his businesses as a form of philanthropy because they are focused on solving major human issues, such as climate change in the case of Tesla.

However, he has since moderated his views on climate change, tweeting that it is "real, just much slower than alarmists claim".

Despite his own interest in artificial intelligence, he has also been one of the most prominent figures expressing concern about the supposed threat to humanity's future that super-intelligent AIs might pose.

He has claimed that the rise of artificial intelligence, combined with a declining birth rate, could result in "not enough people" being in the world.

Musk has had 12 children - six with his first wife, three with Canadian singer Grimes, and three with Shivon Zilis.

Following the birth of his twins with Ms Zilis, he tweeted: "Doing my best to help the underpopulation crisis."

*Additional reporting by Tom Espiner & Tom Gerken*

Inside the rural Texas town where Elon Musk is basing his business empire
What is Doge and why is Musk stepping back?
How the world's richest person bought Twitter
Racially charged row between Musk and South Africa over Starlink

Social media     Elon Musk     Twitter

### RELATED

The influencer whose tweet led to a ban on disposable vapes

2 days ago     Tayside & Central Scotland

Bakery tourism: 'There's no limit on how far we'll travel for pastries'

2 days ago     Wales

'Every child will have contact with a stranger online'

2 days ago     Beds, Herts & Bucks

### MORE FROM THE BBC

10 hrs ago

## Tesla is 'not interested' in producing cars in India - minister

This is the first time India has publicly admitted that it has not been able to lure investment dollars from Musk.

10 hrs ago     Asia

1 day ago

## Reform to begin Musk-style audits of councils

Reform says a team lead by an as-yet unnamed tech entrepreneur will review council spending in Kent.

1 day ago     Kent

4 days ago

## What is Doge and why has Musk left?

Tasked with reducing government spending and cutting jobs, the agency has faced legal challenges.

# EXHIBIT C

Updated: MAY 28, 2025 9:45 PM ET

# Elon Musk Steps

EXPLORE                    SUBSCRIBE

# From Government Role After Criticizing Trump's 'Big,



Trump senior advisor and Tesla and SpaceX CEO Elon Musk attends a Cabinet meeting at the White House, April 30, 2025. *Andrew Harnik—Getty Images*

# Beautiful' Bill

POLITICS    TRUMP ADMINISTRATION    


**by Chad de Guzman**
REPORTER

Elon Musk, the billionaire tech mogul who had a near-constant presence in the tumultuous early weeks of President Donald Trump's second-term administration, is stepping down from his official senior adviser role at the White House.

"As my scheduled time as a Special Government Employee comes to an end, I would like to thank President @realDonaldTrump for the opportunity to reduce wasteful spending," Musk posted Wednesday on the social media platform he owns, X. "The @DOGE mission will only strengthen over time as it becomes a way of life throughout the government."

*Advertisement*

AD



Not enough time?

A White House official confirmed Musk's departure to the Associated Press.

Musk's announcement came a day after an interview clip showed him expressing dissatisfaction with Trump's legislative priority: a giant tax-and-spending package dubbed the "big, beautiful bill."

Like some Republican lawmakers, Musk criticized the megabill over how it would significantly raise the national debt. In an excerpt released Tuesday night of an exclusive interview with CBS that will air in full on Sunday, Musk said he was "disappointed to see the massive spending bill, frankly, which increases the budget deficit, not just decreases." He added that the bill "undermines the work that the DOGE team is doing."

Musk spearheaded the Department of Government Efficiency (DOGE) that oversaw sweeping federal layoffs, agency shutdowns, and cancellations of government contracts—some of which have been challenged in court. Musk

promised the initiative would save at least $1 trillion in federal spending, and DOGE's website claims to have saved taxpayers an estimated $175 billion to date, though critics and factcheckers have cast doubt on the veracity of those figures.

*Advertisement*



Trump's "big, beautiful bill," however, would boost spending on areas like defense and border security and extend his first-term tax cuts, while imposing restrictions and slashing funding for clean energy, Medicaid, and other programs as well as triggering significant cuts to Medicare. Nonpartisan groups have estimated that the bill would add trillions of dollars to the national debt. The bill faced opposition from fiscal conservatives but ultimately passed in the House last week and is now before the Senate, where Republicans also hold a slim majority.

Asked about Musk's criticism of the bill, Trump told reporters during a ceremony at

the White House on Wednesday that Republicans "had to get it through the House" and will be negotiating the legislation.

"I'm not happy about certain aspects of it, but I'm thrilled by other aspects of it," Trump said.

Republican House Speaker Mike Johnson praised DOGE's work in a post on X, noting that the House "made sure to build on DOGE's success within the One Big Beautiful Bill."

*Advertisement*

"The House is eager and ready to act on DOGE's findings so we can deliver even more cuts to big government that President Trump wants and the American people demand," Johnson wrote. He said it would do so by passing a rescissions package Trump is planning to send to Congress to codify some of DOGE's cuts and by "swiftly" implementing Trump's 2026 budget through the appropriations process.

Amid calls from investors to spend more time focused on his businesses, Musk—who is the CEO of Tesla, SpaceX, and xAI—said in a Tesla investor call in April that he would dial down his "time allocation" to DOGE in May, claiming that "the large slug of work necessary to get the DOGE team

in place and working in the government to get the financial house in order is mostly done."

Musk told CNBC on May 20: "My rough plan on the White House is to be there for a couple days every few weeks. And to be helpful where I can be helpful." But his regularity in Trump's orbit has dropped off significantly, sparking rumors of a rift with the President. Politico published an analysis earlier this month that found that whereas Trump used to post almost daily about Musk on Truth Social, he hasn't mentioned him at all in recent weeks. Also on May 20, Musk said that he would be cutting back his political spending, after sinking more than $250 million into Trump's 2024 campaign. "I think I've done enough," he told Bloomberg. "If I see a reason to do political spending in the future, I will do it. I don't currently see a reason."

Advertisement

It's unclear if Musk's new comments on Trump's "big, beautiful bill" will influence its trajectory. Several Republican Senators have also raised concerns about the legislative package's bottom line. On Sunday, Sen. Ron Johnson of Wisconsin told CNN that he thinks there are enough Senators who can stop the bill "until the President gets serious about spending reduction and reducing the deficit," and

Sen. Rand Paul of Kentucky told <u>Fox News</u>: "I support spending cuts, I think the cuts currently in the bill are wimpy and anemic, but I still would support the bill even with wimpy and anemic cuts if they weren't going to explode the debt. The problem is the math doesn't add up."

Musk summarized his "personal opinion" in the CBS interview clip, saying: "I think a bill can be big or it can be beautiful. But I don't know if it can be both."

# Must-Reads from TIME

**What Is Happening to Social Security Under the Trump Administration and Should You Be Concerned About Yours?** >

**As Musk Leaves DOGE, What Comes Next After the Billionaire's Government Experiment?** >

**Revisiting Elon Musk's Most Controversial Moments in the White House** >

**Musk Calls Trump's 'Beautiful' Bill a 'Disgusting Abomination,' Emboldening GOP Critics in Congress** >

**State Department Removes Tesla's Name From Planned $400M Contract Amid Musk Scrutiny** >

**What DOGE Is Doing Across the Federal Government** >

# EXHIBIT D



RLY NEWS
Play Live Radio
L. EN LIVE
MY PLAYLIST



**DONATE**

POLITICS

# Trump hired Musk as a 'special government employee.' Here's what that means

FEBRUARY 13, 2025 · 5:00 AM ET

By Joe Hernandez



President Trump is joined by Tesla and SpaceX CEO Elon Musk, and his son, ▮▮▮▮, during an executive order signing in the Oval Office at the White House on Tuesday.
*Andrew Harnik/Getty Images*

When Donald Trump took office for his second term, he moved quickly to bring his political adviser and top campaign donor — tech billionaire Elon Musk — into

the government.

Musk now helms the Department of Government Efficiency, or DOGE, a White House team tasked with cutting federal spending. The unit has terminated a slew of government grants and contracts, according to its X account, and disrupted the work at agencies including the U.S. Agency for International Development and the Consumer Financial Protection Bureau, where workers have also recently been put on leave or lost their jobs.

**Sponsor Message**



**TECHNOLOGY**

**Elon Musk's DOGE takes aim at agency that had plans of regulating X**

Musk is what's known as a "special government employee," a designation given to people who join the government for a short period of time typically to provide specialized expertise.

Here's what you need to know about SGEs.

## What is a "special government employee"?

In 1962, <u>Congress created</u> the role of "special government employee," which allows

the executive branch, the legislative branch and independent federal agencies to bring on employees for specific roles on a temporary basis.

Typically, SGEs are hired as experts or consultants or serve as members of federal advisory committees, of which there are roughly 1,000 across the U.S. government.

SGEs are limited to working for the government for no more than 130 days out of a 365-day period, though they can work multiple years, and they can either be paid or unpaid. NPR has reported that Musk is not being paid for his work with DOGE.

One reason government officials take on SGEs is that it's less burdensome than hiring regular federal employees, according to Joanna Friedman, a partner with the Federal Practice Group, a Washington, D.C., law firm specializing in federal employment law.

"If you're hired as a federal employee, you have to go through typically the competitive selection process, which means you have to apply for a job and you must be selected as the best-qualified candidate," Friedman said. "This is just an easier way to bring someone on board without as much red tape."

The Trump administration has also designated other members of Musk's DOGE team as SGEs.

**What powers do SGEs have?**

According to Kathleen Clark, a professor specializing in government ethics law at Washington University in St. Louis, SGEs are mostly the same as regular government employees and can be given similar powers, including access to sensitive information. Musk and DOGE were granted access to a massive Treasury Department payment system that contains Americans' Social Security numbers and bank account information.

Clark says what's different about Musk's case is that he is exercising power — such as purporting to shut down entire government agencies — that she says is beyond that of anyone in the White House.

"The president does not have that power and neither does Elon Musk under our Constitution, which grants Congress the power to control how money is spent by the executive branch," Clark said.

A group of 19 Democratic state attorneys general filed a lawsuit challenging DOGE's authority to shut down agencies and access sensitive information, while another lawsuit alleges a lack of transparency at the office.

**SGEs are bound by certain ethics rules**

Because many SGEs have jobs in the private sector, there are ethics rules in place to prevent them from using their government work for personal gain.

Depending on their pay grade, SGEs have to file either a publicly available or confidential financial disclosure form, which typically happens when they start working for the government. (The president, vice president, officials requiring Senate confirmation and certain White House appointees are required to file public financial disclosures.) SGEs may also be required to receive ethics training.

NPR reported that Musk had received an ethics briefing and would file a confidential financial disclosure report.

On top of that, criminal law prevents SGEs (as well as federal workers) from participating in any government matter that could impact their finances. When a conflict arises, SGEs can either recuse themselves from the matter or divest from

the relevant financial interest.

In an Oval Office appearance on Tuesday, Musk told reporters that DOGE is operating transparently and announcing its actions on its X account. "Transparency is what builds trust," he said. "And you can see, am I doing something that is benefiting one of my companies or not? It's totally obvious."

POLITICS

**Who is part of Elon Musk's DOGE, and what are they doing?**

Trump, who appeared beside Musk, said he would bar Musk from any government work he believed might create a conflict. "If we thought that, we would not let him do that segment or look in that area, if we thought there was a lack of transparency or a conflict of interest," Trump said. "We watch that also."

White House press secretary Karoline Leavitt previously said that Musk would identify any conflicts that arose.

Clark, the Washington University professor, said it is typically government ethics officials — not the employee — who decide whether an employee has a conflict of interest. That's because the determination of a conflict can involve technical information, she said, and also because an employee may not be impartial about

their own situation.

"You're not supposed to judge your own case," Clark said. "Even if you're an expert, you might want to slant how you apply the law. And we don't trust people, frankly, to apply that."

Friedman, the federal employment attorney, said it would be up to the Justice Department to decide if Musk violated the federal conflict-of-interest law and whether to bring criminal charges.

## Past SGEs have also faced scrutiny

Previous administrations have also used SGEs for high-profile roles in government.

During his first administration, Trump hired Dr. Scott Atlas as a science adviser in the summer of 2020 during the early days of the COVID-19 pandemic. Atlas, who was brought on as a special government employee, was not an infectious disease expert and clashed with other public health officials over his views on the coronavirus. He resigned in November of that year.

More recently, Anita Dunn, a founder of the consulting firm SKDK, was forced to divest a multimillion-dollar investment portfolio when she became a senior adviser to President Biden in 2022. She had previously worked as an SGE for the

Biden administration.

And during the Obama administration, GOP Sen. Chuck Grassley of Iowa raised questions about the "special government employee" designation given to then Secretary of State Hillary Clinton's aide Huma Abedin, who had also worked for the Clinton Foundation and the consulting firm Teneo.

donald trump      elon musk      doge

## It could be the end of public media as we know it.

The White House has issued a memorandum asking Congress to "claw back" funds that have already been appropriated for the Corporation for Public Broadcasting.

If approved, American taxpayers get little-to-no savings — and at incredible cost. Communities with stations unable to survive these budget cuts would lose access to local news, national reporting, jazz and classical stations, local culture shows, food programs, coverage of local sports games, and crucial emergency alerting. Public media serves every American in every part of this country in so many ways — and all for less than 0.01% of total federal spending.

**It takes 20 seconds to send a letter to your lawmakers.** That letter urges Congress to take immediate action to protect one of America's greatest resources, and makes your voice heard. Take action — don't let this be the end of the NPR Network as we know it.

**STAND WITH US**