Page 189

1           MR. BUCHHOLZ:  That's fine. I'm not saying you should

2  remember more than you're remembering.

3           MR. FARINA:  We do have obviously and I'm not

4  confining this to this specific subject, we do have the text

5  log, which often references phone calls, as we do have the

6  phone log, which we've given you.  And I

7  haven't gone back and studied it and neither has he.  So

8  all this is based on what he remembers sitting here today.

9  There are documents available that might be able to

10  refresh his recollection.

11           Again, I'm not referring to anything specific.

12           THE WITNESS:  You know, in fact, if there is

13  something like a call log or something that would jog my

14  memory -- that I would -- really, I want to answer your

15  question, and if there's something that would jog my

16  memory that would help.

17           MR. BUCHHOLZ:  Okay.  During the conversation

18  you recall on either the night of the first or the morning

19  of the second, where (b)(6),(b)(7)(C) was not enthusiastic, did

20  he say why?

21           THE WITNESS:  He thought this would just be a

22  very arduous process.  So -- he certainly had no question

23  with respect to whether funding was available.  That was

24  not a factor.  But he thought that we would see vigorous

25  opposition from shareholders and just generally class

1    action lawsuits and that kind of thing, pretty much

2    guaranteed in these transactions.  And he was concerned

3    that we would see so much -- that there would be so much

4    overhead and drama associated with a take private that in

5    his opinion it probably would not be wise.

6            Now in retrospect he was correct.  Yeah.  So I

7    concede to the wisdom of his opinion in retrospect.  And

8    he, by the way, has reminded me that in the future I

9    should increase the weight of his opinion, and I agree.

10           BY MR. NEWELL:

11       Q    Prior to sending this email in Exhibit 11, do you

12   remember telling anyone that you planned to offer a 20

13   percent premium in a going private offer?

14       A    No.

15       Q    Do you remember discussing the 420 number, in the

16   context of the going private transaction, before you sent this

17   email?

18       A    Okay.  This is going to be a bit embarrassing,

19   but I did mention it to my girlfriend.

20       Q    When did you have that conversation?

21       A    I had that conversation shortly before writing

22   this email.  Actually wait, shortly -- no, after writing

23   this email.  Actually not before -- it wouldn't have been

24   before.  I just thought she would find it funny, which

25   admittedly is not a great reason to pick a price.  But 20

Page 191

1   percent premium was 419 and I thought it's very close to 420,
2   might as well make it 420.
3        Q    To make sure what time of day we're at,
4   I'll represent to you, it's our
5   understanding that you -- this is not a UTC email and this
6   is Pacific daylight time you're looking at there,
7   3:27:p.m.
8             Does that track with your recollection of
9   when you sent this email?
10       A    It does.  I thought it was Friday.  This is
11  Thursday afternoon.
12       Q    Do you know roughly -- strike that.
13            Do you know when normal trading hours close for
14  Tesla stock on NASDAQ, on Pacific time?
15       A    Is it 4:30 or 5:00? - Pacific time, 1:30 or 2
16  ish.  2?
17            MR. BUCHHOLZ:  I think it's 1:00, 4:00 Eastern.
18            BY MR. NEWELL:
19       Q    We'll represent to you that we understand it's
20  4:00 Eastern.  Looks like this -- so 1:00 Pacific time.
21  SO looks like this email was sent around 3:27 Pacific
22  time; is that right?
23       A    Yeah.
24       Q    When you calculated this 420 price, were you
25  using Tesla's closing price at the end of the trading day

Page 192

1    on August 2nd?

2        A    Yes, I believe so.

3        Q    And you testified earlier that Tesla's share

4    price had trended upward in response to the August 1st

5    earnings call, right?

6        A    Yes.

7        Q    Over the course of the trading day on August 2nd

8    there was a substantial increase in Tesla price?

9        A    Yes.

10       Q    Walk us through your process in putting together

11   this 420 per share offer.

12       A    As I recall, the share price ended at around 348

13   and 20 percent of that would have been around 419 and I

14   rounded up to 420.

15       Q    And you did that sometime after the market closed

16   on August 2nd?

17       A    Yeah.

18       Q    Seems like you find the number 420 somewhat

19   humorous; is that fair to say?

20       A    Yes.

21       Q    Have you joked on Twitter in the past about 420,

22   setting aside July and August 2018?

23       A    I think I made some minor comment about 420, yes.

24       Q    What specifically about 420 is humorous?

25       A    Well, it is -- I learned this recently -- so I'm

Page 193

1    not exactly super with it here.  But it's a euphemism for

2    weed.  I actually looked up the etymology of it.  The

3    etymology is not what people think it is.  People think

4    it's like the police code for weed, but it is not.  It's the

5    time at which three high school students gathered at the

6    statue of Louis Pasteur after school and and smoked weed

7    at the statue.  And then they would -- they would say like

8    4:20, because that would be the meeting time, at least that's

9    what Wikipedia says, if you believe Wikipedia, and that

10   got picked up in High Times and the Grateful Dead picked

11   it up and it went viral from there.

12       Q    So when you were sitting -- where were you when

13   you sent this email on August 2nd, do you remember?

14       A    Oh, I was at the Gigafactory in Nevada working on

15   production issues for the battery pack and drive unit.

16       Q    Was anyone with you when you were drafting the

17   email?

18       A    Yeah. (b)(6);(b)(7)(C) -- I think (b)(6),(b)(7)(C)         one of my

19   (b)(6);(b)(7)(C)       was with me.  And then in the Gigafactory was a ton

20   of people like -- 20 or more people.

21       Q    Did you make any reference to anyone that you

22   were in the process of sending out this consequential email?

23       A    No.

24       Q    You were alone drafting and you sent it to the

25   board, as we see here in Exhibit 11?

Page 194

```
 1       A     Well, I had [(b)(6),(b)(7)(C)]          with me; he was
 2   driving the car.
 3             And then I had a bunch of meetings -- I was walking a
 4   production line at the Gigafactory.
 5       Q     Were you in transit to a location at the time you
 6   wrote this email?
 7       A     While I was drafting it -- I was drafting it on
 8   the way to the Gigafactory.  So from the airport to the
 9   Gigafactory and then I sent it at some point after arriving
10   there.
11       Q     So the share price of 420 that you include in the
12   offer was just a funny coincidence from your
13   perspective?
14       A     Yes.
15       Q     Fair to say?
16       A     Yes.  I mean, I basically did a mental
17   calculation of 20 percent on the closing price and
18   realized it was quite close to 420 and made it 420.  So it
19   was funny, but I wouldn't say it was like -- an especially
20   material change to what would have otherwise been the
21   case.  I rounded up to funny.
22       Q     Looking at the second to the last paragraph in
23   your offer, you wrote:  "This offer expires in 30 days."
24             Why did you include that provision?
25       A     Well, I didn't want the board to -- I didn't take
```

1    this as some protracted exercise, so it's sort of

2    like, we're going to decide this soon and basically --

3    investigate it fast, make a decision fast, and either go

4    through the pain and difficulty of the take private or

5    stay public. But whatever it is, we could not afford an

6    extended distraction as to whether we would do a take

7    private. That would be a poor use of time.

8         Q    At the time you sent the offer, did you have any

9    personal opinion as to the likelihood that a go private

10   would ultimately be consummated?

11        A    If you'd asked me at the time what was the

12   likelihood, I would have said to first approximation, 50

13   percent.

14             But, in general, if you ask me something about

15   anything that -- where I have a lack of information, or

16   don't have that much information, a generally good guess

17   is going to be 50 percent.

18             MR. BUCHHOLZ: Was there a process for

19   determining the 30-day window you chose?

20             THE WITNESS: Not especially, no. I just wanted

21   it to be not so short that it was impossible, and not so

22   long that they could waffle.

23             MR. BUCHHOLZ: "They" being --

24             THE WITNESS: The board.

25             MR. BUCHHOLZ: You also didn't mention a board

1   vote.  You mentioned a shareholder vote.  Why is that?

2        THE WITNESS:  I'm actually -- I am asking for a

3   board vote because I'm asking that this matter be put to a

4   shareholder vote.  That's the request for a board vote.

5        MR. BUCHHOLZ:  That's what you were thinking

6   when you wrote the email?

7        THE WITNESS:  Yes.  It was a little naive at this

8   point because I was -- I was under the impression of like,

9   well, you know, let's see if we want to do this and

10   like figure out something we can put to a shareholder vote

11   as quickly as possible.  And I wasn't aware quite, you

12   know, of the Special Committee thing and the -- you know, the

13   complexity of the Special Committee process was not obvious to

14   me at the time.

15        BY MR. NEWELL:

16     Q   You'd been through a recent public company merger

17   process before this, right?

18     A   Yes.

19     Q   And did that inform your understanding of what you

20   might expect going forward in a potential going private

21   transaction involving Tesla?

22     A   Partly.  The reason that -- with respect to the

23   Solar City situation, I thought it was important to do

24   this kind of -- the sort of Special Committee and all that

25   was because the company was founded and run by two cousins

1   of mine, and I didn't want the perception of nepotism.

2   From my perspective this wasn't so much as what is legally,

3   required, but really what is required to minimize the perception and

4   reality of nepotism.

5           In this case this does not strike me as a case of

6   nepotism, and I thought it's not constrained to the same degree.

7       Q     What about from the perspective of difficulty in

8   getting to the end of the road and completing the

9   transaction?  Was the Solar City transaction, from a process and

10  timing perspective, a difficult process, in your

11  experience?

12      A     Yes.  It was very difficult.

13      Q     Did you think the Tesla go private would be easier?

14      A     Yes.

15      Q     Why is that?

16      A     I didn't think -- like I said, I didn't think we

17  had the -- you know, Solar City we had a lot of -- holders

18  of -- we had close coincidence of holders of Tesla stock

19  and Solar City stock, but not an exact coincidence, and

20  sort of figuring out how do you do the right thing when

21  the shareholder base is approximately the same but not

22  exactly the same, how do you avoid the perception and

23  reality of nepotism?  These struck me not so much as

24  fundamental legal obstacles, but rather how do we do this

25  process in the best way possible, given the circumstances.

Page 198

1             So the, you know, that was the main -- my main
2    thing with the Solar City deal.  Let's make sure that this
3    is the cleanest possible process given the complexities
4    involved.  Whereas I did not see quite those -- there
5    wasn't really a nepotism perception, at least from my
6    standpoint.  There wasn't, you know.  I really wanted
7    people -- the existing shareholders to remain as
8    shareholders.  This was not a -- this struck me as a
9    situation with far fewer conflicts or perceptions of
10   conflict.
11             MR. NEWELL:  Let's mark as EM Exhibit 12.
12                  (SEC Exhibit No. 12 was
13                  marked for identification.)
14             BY MR. NEWELL:
15      Q     Handing you, Mr. Musk, a document that's been
16   marked as EM Exhibit 12.
17             It bears Bates number ERM_SECAUG07_ and numerous zeros
18   and number 1, every page, and I'll represent to you that
19   we understand this to be derived from your phone records.
20      A     Encrypted blog.  Sorry.
21             MR. FARINA:  Can we turn the fan off?  It's a
22   little noisy.
23             MR. NEWELL:  Sure.
24             THE WITNESS:  That's better.
25             BY MR. NEWELL:

Page 199

1      Q      Have you ever seen this document before?

2      A      No.

3      Q      Any reason to doubt these are representations

4    of your phone records?

5      A      No.

6      Q      Are these all numbers that you communicate with

7    listed here?

8      A      I mean, it is weird that (b)(6),(b)(7)(C)                keeps

9    accidentally FaceTiming me. He's the (b)(6),(b)(7)(C)

10     Q      So I'll represent to you also that this -- we

11   understand was produced in UTC time zones, so we're going

12   to be subtracting seven hours again.

13            You send your offer to the board on or about 3:27

14   Pacific time on August 2nd. Do you recall any

15   conversations that you had --

16     A      Should I go through to that date or --

17     Q      Sure. If you would like to go to that date, we

18   want to put this in front of you to help orient yourself

19   and any recollection of any conversations.

20     A      Sure.

21     Q      You can also keep your text messages handy I know

22   they're somewhere floating there, maybe we'll refer to

23   both.

24            Just want to ask briefly: Do you remember having

25   conversations with any individual members of the board of

Page 200

1   Tesla or Tesla employees after you sent your offer to the
2   board on August 2nd?
3       A    On this one, it's UTC is it?
4       Q    Yes, it is UTC.
5       A    Minus seven?
6       Q    Yes.  We don't need to be slaves to the document,
7   so if there's any conversations that leap to mind on the
8   afternoon or evening of August 2nd, please let us know and
9   we can start there.
10      A    It doesn't look like I had any phone calls
11  actually prior to this, from this record at least.  Am I
12  reading this correctly, unless I'm getting UTC time wrong.
13      Q    Looks like -- let's look at the sixth page of
14  the --
15      A    I'm on Page 6.
16      Q    On the call log on August 2nd at 22:57 UTC time
17  looks like there's a call between you and Kimbal Musk.
18  Do you see that?
19      A    Yes.
20      Q    So if we subtract 7 from 10:57 we get to 3:57
21  right?
22      A    Yes.  That looks like shortly after this email.
23      Q    Do you remember anything about that call?
24      A    Nothing substantive.  It may have been just -- I
25  think maybe Kimbal called and said holy cow, just got

1    that email, or something like.

2         Q    Some general expression?

3         A    Yeah, yeah.

4         Q    Excitement about the general transaction?

5         A    Yeah, I think he was actually pretty -- I think

6    he was sort of relatively positive about the notion of

7    going private, as I recall.

8              MR. FARINA:  There's a text that's one

9    minute before this phone call.

10             THE WITNESS:  Yeah, there you go.

11             MR. FARINA:  If you look at the first page of the

12   text log.

13             THE WITNESS:  That's consistent with the

14   conversation.  Yeah, he was quite positive about going

15   private.

16             BY MR. NEWELL:

17        Q    Looks like, moving down the list a little bit

18   there 8-3-18, 4:08, call out to Todd Maron.  Subtract our

19   seven hours and that gets us to about 9:08 Pacific

20   daylight time.  Does that sound right to you, on

21   August 2nd?  We're looking at the entry that's August 3rd,

22   '18, 4:08 -- the next day, we subtract our seven hours to

23   the night of August 2nd.

24        A    Right.  Right.

25        Q    Do you see that entry there?

1    A    Yeah.

2    Q    Are you with me?

3    A    Yes.

4    Q    Is that call to Mr. Maron for the purpose of

5    seeking legal advice?

6         MR. FARINA:  I'm going to warn you not to

7    disclose the substance of any calls with attorneys.  I'm

8    going to give the company the opportunity to assert privilege, if

9    they so choose.

10        MR. BONDI:  Any conversations with Mr. Maron

11   concerning anything -- legal advice, that may relate to

12   the companies' attorney-client privilege, we assert

13   privilege over that communication.

14        MR. NEWELL:  Are you instructing the witness not

15   to answer whether the communication concerned legal

16   advice?

17        (Clarification by reporter.)

18        MR. BONDI:  No.

19        BY MR. NEWELL:

20   Q    You can answer.

21   A    Oh.  I mean, I think this was just to touch base

22   on, you know, what are the next steps type of thing.

23   But I don't recall anything in particular substantive in

24   this.  It was okay, now what do we do?  That's basically

25   it.  We've got to go figure out things and engage advisors

1    and that kind of thing.

2        Q    Do you recall sending any messages [(b)(6); (b)(7)(C)] to

3    anyone at Tesla, Tesla employees or members of the Tesla

4    board on August 2nd, after you sent your email off to the

5    board?

6        A    No.

7        Q    What about on August 3rd?

8        A    No.

9        Q    Did Tesla schedule a board meeting to your

10   knowledge in response to the offer that you sent on

11   August 2nd?

12       A    I think there was some email, generic email of

13   like, you know, "offer received and acknowledged", or

14   something like that.

15       Q    Was a board meeting to discuss your offer with

16   you scheduled sometime --

17       A    Yes.

18       Q    -- going forward?

19       A    Yes.

20       Q    Do you remember when that board meeting was held?

21       A    I believe on the Friday.

22       Q    August 3rd?

23       A    Yeah.

24       Q    Any other conversations you can specifically

25   recall between the time you sent your offer on August 2nd

Page 204

1  until the time that board meeting on August 3rd commenced with the

2  individual members of the board or groups of members of the board?

3      A    Sorry.  From what period of time to what period

4  of time?

5      Q    From the time you sent your offer on August 2nd

6  right up to the time that the board meeting began on

7  August 3rd.  Any discussions with individual board members

8  or groups of board members about a going private transaction

9  that we haven't already covered?

10     A    I don't think there was anything substantive, no.

11     Q    And let's just take a quick look at Page 3 of the

12  text message exhibit -- which is Exhibit 10.

13          Just look at Page 3 very briefly.  The top of

14  Page 3 looks like there's a couple of communications

15  between you and James Murdoch?

16     A    Uh-huh.

17     Q    And then you and (b)(6),(b)(7)(C)          do you see those?

18     A    Yes.

19     Q    Looks like those communications were in the

20  afternoon of August 3rd.  And when we subtract our seven

21  hours, does that sound right to you?

22     A    Yes.

23     Q    Does that refresh your recollection about any

24  conversations you had with (b)(6),(b)(7)(C)       or Mr. Murdoch on

25  August 3rd about going private transaction outside the

1   official board process?

2       A    With Mr. Murdoch I didn't have any

3   discussions at all.  It was specifically not a topic of

4   discussion.  So that's purely personal.

5           With Antonio, I don't recall the exact -- what

6   exactly was discussed.  I think it was sort of general

7   advice about, like we need to now engage.  We need to form

8   a special committee.  There needs to be counsel for the

9   special committee.  We need to engage, you know.  Everyone

10  needs to engage financial advisors, that kind of thing.

11      Q    Do you remember roughly what time of day the

12  August 3rd board call was held?

13      A    Umm, I think it was late afternoon.

14      Q    Sorry for memory testing.

15      A    Exactly.

16      Q    We can show you a document.  I'm just trying to

17  move things along rather than -- so sometime later in the day on

18  August 3rd?

19      A    Yeah, not in the morning.  Evening or afternoon.

20      Q    Who do you remember being present on that call?

21  It was a call?

22      A    It was a call.

23      Q    Who do you remember being present on the call?

24      A    I think everyone was -- I think all board members

25  were present and Todd.

1      Q     What about Mr. Ahuja?

2      A     I think he was there.  I think he was there, but

3    I'm not certain.

4      Q     What did you tell the members of the Tesla board

5    on that call about funding for your proposed transaction?

6      A     My recollection is that, oh, okay.  I'll get back

7    to -- there's something I should add, although I'm not

8    supposed to add anything -- but maybe this is worth adding.

9    I do need to check my memory though.

10         On that call I said the Saudis wanted to fund the

11   take private.  I believe I also mentioned that Silver Lake

12   was interested in supporting it and had confidence that

13   this could be done on terms that we would like, most

14   likely.  And that -- mostly like, look, let's, just -- we

15   need to move this along rapidly and figure out if it makes

16   sense or not.

17         But the one thing I didn't want to do was have

18   some very laboriously long consideration process.  I

19   think I thought that could be too damaging to the execution

20   of the company.

21     Q     What did you tell the board members the nature of

22   the PIF's commitment?

23     A     I said they wanted to do it.

24     Q     Anyone ask any questions about whether you had

25   anything from the PIF in writing?

1       A    I don't think so.  I don't recall. I don't think

2   so.

3       Q    Anyone ask you if you discussed with PIF the

4   anticipated size of their investment, might be in a range

5   of dollar amounts?

6       A    I think that did come up and -- we're really

7   going on best efforts recall here.  But I think there was

8   some concern expressed about them having too large of a

9   stake in the company, and effectively having a de facto

10  control position or de facto extremely influential position.

11          And I think I said that in a take private we would

12  limit their ownership to approximately 15 to 20 percent.

13      Q    Do you recall using that range with the board, 15

14  to 20 percent ownership for the PIF?

15      A    That's my best recollection, yes.

16      Q    Do you recall discussing with the board your

17  desire that any Tesla shareholders who wanted to do so

18  could continue in a private Tesla?

19      A    Yes.  In fact -- I really do want to be careful

20  about conflating one memory with another.  So -- but -- so

21  I'm doing my best here to not have like one memory

22  combined with another memory or something.

23          Human memory is just -- man, it's hard to

24  remember if you meet someone at a party, or what you had

25  for lunch last week.  So it's tricky, compared to

Page 208

1    computers.  Computers are very good at memory.

2          So I did -- I think I clarified on that call that

3    this was not going to be an LBO.  So I want to really

4    frame that -- there's a lot of, "I think", like I'm not

5    certain.  I think I said, this is not going to be like an

6    LBO, where there's a massive amount of leverage against

7    the company, where 80 percent of the company is bought

8    out.

9          I said it was not going to be -- the initial

10   assumption was, even by Antonio, this was some sort of --

11   like the Dell take private.  I wanted to clarify that and

12   I wanted all investors to remain with the company.

13         And I think they brought up like this is going to

14   be really difficult for small investors.  And I said,

15   well, yes, but Fidelity is a shareholder in SpaceX and

16   that seems to work quite well.  So and I know Baillie and T.

17   Rowe want to be in SpaceX.  Presumably the three of them

18   would also want to be in a private Tesla.

19         And that if they serve as a fiduciary then

20   perhaps all investors can remain.  Yeah.

21    Q    Do you remember anyone from the board reacting to

22   that?

23    A    I think there was some skepticism on the board as

24   to whether that could -- on the board call  as to whether

25   that could be achieved.  But -- what -- what was not

1   brought up on the board call because I only discovered it and

2   sort of figured this out later -- was the 15

3   percent limitation on an illiquid security in a mutual fund.

4   So that was not brought up on the board call.

5       Q    Setting aside the specific ownership percentage

6   that you seem to recall raising at the board meeting, do

7   you remember any other discussion of dollar amounts of

8   investment that might be made by entities other than the

9   PIF in a potential  going private transaction?

10      A    Of new investors, you mean?  I guess technically there

11  would be -- but with a significant increase to their stake.

12      Q    That's a good distinction, let me draw it out in

13  a question so we have a clear record.

14           Any discussion during the board meeting of

15  magnitude of investment from either existing investors who

16  would add to their stake in a private Tesla, or new

17  investors buying into a private Tesla?

18      A    My apologies for prefacing all of these with "I

19  think".  It's just trying to recall a back-and-forth conversation.

20  I think I said probably we would only -- we would need to buy out

21  20 to 25 percent of investors.

22      Q    Did you unpack that in any more detail as to why

23  you thought that?

24      A    I think I said that certainly I and employee

25  insiders would retain shares, and that I thought most

1   institutionals would retain their shares. At the time I

2   thought I thought -- 20 to 25 percent at the most would

3   want to sell their shares.  Because I thought the

4   institutionals would actually retain their entire holding.

5   I thought that was the most likely outcome, which I

6   subsequently discovered was not the case.

7            So I thought it would be at the outside a 20 to

8   25 percent would want to be bought out and not participate

9   in the private company.

10       Q    Do you recall regulatory approvals of any kind coming

11   up during the board call?

12       A    I think the CFIUS issue may have been raised and

13   I said that we would ensure that any single foreign entity

14   did not come too close to the CFIUS limits, meaning that

15   they would not be in a control, or de facto control

16   position.

17       Q    Do you know what the CFIUS -- strike that.

18            Are you familiar with the CFIUS safe harbor

19   provision?

20       A    No.

21       Q    Do you remember any discussion during the

22   August 3rd board call about potential physical Tesla

23   presence in Saudi Arabia?

24       A    (b)(4)

25   (b)(4)

Page 211



```
 1  (b)(4)
 2
 3
 4       Q    Did you position that as a condition of the deal
 5  or just something that the board should consider generally
 6  speaking?
 7       A    (b)(4)
 8  (b)(4)
 9
10
11
12
13       Q    (b)(4)
14  (b)(4)
15
16
17       A    (b)(4)
18  (b)(4)
19
20
21
22
23
24       Q    Fair to say that was your take away from the
25  meeting, (b)(4)
```

Page 212

1   level of investment to the concreteness of a Tesla

2   presence in Saudi Arabia that was made by anyone at the

3   PIF?

4         A    Yes.  They never -- they were really quite

5   careful not to link it explicitly.  It was linked

6   implicitly.  Like they didn't want to force me to do

7   something that I really didn't want to do.  They just

8   essentially seemed to want my help in transitioning their

9   economy.  That was what they -- and so -- obviously, if I

10  (b)(4)

11

12

13        Q    At the board meeting on August 3rd, did the board

14  agree or authorize you to contact Tesla's existing

15  shareholders to discuss a going private transaction?

16        A    That was my understanding, yes.

17        Q    How did that agreement or approval manifest at

18  the board meeting?

19        A    My recollection is that it simply came as a natural

20  consequence, the next step is, okay, let's see who wants

21  to stay with the company if we go private.  And like,

22  okay, then I'm going to need to go talk to investors and make

23  sure to avoid any selective disclosure.

24             So obviously there would need to be some kind of

25  public document -- we need to basically -- just

Page 213

1   basically -- something would need to happen to make it

2   clear that there is a take private under consideration.

3       Q    Was there an official board vote on that topic?

4       A    I don't think so.

5       Q    Did you poll the board members and did each

6   indicate their assent, or was there a general impression

7   that they assented?

8       A    I had a general impression that this was a

9   natural next step.

10          MR. BUCHHOLZ:  As of that board meeting on

11  August 3rd, what was your understanding of the term

12  selective disclosure?

13          THE WITNESS:  Just you know, I mean, I'm familiar

14  with Reg FD because it's been public for eight years.

15  So -- I always have to be like, remind people of this a

16  lot, especially with Tesla.  Yeah, so obviously a take

17  private particularly with a premium, this is very big information.

18          So, you know, so it's something that needs to be

19  disclosed to the public so that everyone has the same

20  information and there's a fair playing field.  People can

21  make their own assessment about whether there would be a

22  take private at a premium or not and -- but it wouldn't be

23  obviously.  It would not be fair if just some investors

24  knew about it and others did not.

25          MR. BUCHHOLZ:  Are you familiar with the concept

Page 214

1   of a nondisclosure agreement?

2           THE WITNESS:  Never, never.  Never heard of it.

3           MR. BUCHHOLZ:  Was there any discussion at that

4   time more specifically with the board about potentially

5   using NDAs?

6           THE WITNESS:  No.  I don't trust NDA's, to be

7   totally frank.  You know, it's just -- especially with

8   Tesla.  News is too leaky, just too leaky.  It drives me

9   crazy actually, the leakiness of the whole situation.

10          MR. BUCHHOLZ:  Okay. So you didn't think it was

11  feasible and there was no discussion with the board?

12          THE WITNESS:  I don't think anyone thought it was

.13  realistic that I could talk to a whole bunch of investors and sign

14  an NDA and actually have it not leak.

15          It would also just be problematic for

16  investors -- like a lot of them just wouldn't want to sign an

17  NDA.  Now I can't trade on your stock, so now I'm locked in.

18  This isn't going to be acceptable.

19          MR. BUCHHOLZ:  Did you consider a smaller group

20  of investors that you might be able to do that with?

21          THE WITNESS:  Well, it would have to be probably be

22  at least the top five besides me and -- I thought -- there's just

23  like I said, two issues there.  Actually keeping a secret.

24  I think they would have trouble with.  A lot of them --

25  there's like a whole bunch of funds -- there might be like

Page 215

1    six fund managers and then like sort of assistants and --

2    basically the whole office is going to know and like in

3    2018, man, I'm not sure what's a secret.  It's crazy.

4            So this -- and then if we did ask them to -- if

5    you sign an NDA and say, if you sign this NDA you can't trade

6    in the stock.  You've necessarily violated the NDA.   So it

7    does not seem realistic.

8            BY MR. NEWELL:

9        Q    What about strategic investors like Tencent who

10   weren't in and out of the stock every day, essentially?

11       A    Yeah, there's some like that. PIF, obviously they

12   could know and you're not going to sell the stock, you're

13   not going to buy the stock.  For those that were -- it's a

14   given that they're going to -- they're not going to change

15   their holdings -- and it's only a few, that could be okay.

16   But let's say when you get to three or four, forget it.

17       Q    You testified earlier that you would have

18   needed to -- paraphrasing -- if you had gone out with

19   NDA's, which I remember in your testimony that you didn't

20   believe that was feasible at the time and it wouldn't have

21   worked, but that you would have had to pick a pool of four

22   or five investors.

23           Did I hear that correctly?

24       A    I think the problem is like the institutionals,

25   like Fidelity, Baillie, T. Rowe, Ions, Capital Group, they

1   trade the stock all the time.

2        So that's impossible, because you can not talk to

3   them effectively -- without saying like, sign this NDA and

4   after this NDA, you cannot trade this stock.  Oh really?  That's

5   interesting, I wonder why?  That wouldn't be good.

6   **Q   At the time of that board call on August 3rd, did**

7   **you believe that the support of some or all of that group**

8   **institutional investors, T. Rowe, Fidelity, Baillie**

9   **Gifford, Capital Group or others would be necessary to**

10  **accomplish a going private transaction?**

11       MR. FARINA:  Repeat the question.

12       THE WITNESS:  I got it.  Do you --

13       MR. FARINA:  I just want to know what you mean by

14  "necessary", whether their support was something that he

15  felt that he wanted to do this, or was absolutely a

16  prerequisite in order for anything to be done.

17       BY MR. NEWELL:

18  **Q   Happy for to you make any distinctions within the**

19  **frame of the question.  We can ask different questions but**

20  **I'm going to leave the question as it stands.  Sounds like**

21  **you understood the question.**

22       A   I think so.  If I encountered vigorous

23  opposition -- which at the time I did not expect strong

24  to encounter, which I actually at the

25  time did not expect to encounter, but then subsequently

Page 217

1    did.  If I encountered strong position I would not want

2    to do the deal; not that it couldn't be done but I

3    wouldn't want to do the deal.

4         Q    The deal in your view could have been done

5    because the PIF would have filled in any necessary funding

6    gap?

7         A    The PIF would have filled in any necessary funding gap

8    and I think it also would have been quite easy to bring in

9    other investors, and that also turned out to be true.

10            So my guess that the existing large

11   institutionals would retain their full stake and perhaps

12   increase was wrong. That was incorrect.

13            My guess that there would be many other

14   strategics and sovereigns who would be interested was

15   correct.

16        Q    Did you, before the morning of August 7th, short

17   of contacting those institutional investors, directly do

18   anything to assess whether they might be 100 percent in on

19   a going private Tesla transaction?

20        A    Institutionals like private -- you mean like

21   Fidelity, T. Rowe, Baillie and all that?

22        Q    Using the term referring to the institutional

23   investors previous stakes in Tesla, T. Rowe, Fidelity,

24   Baillie Gifford, Capital Group and other like entities?

25        A    No.

Page 218

1    Q    Did ask you anyone to conduct that analysis at

2    any time prior to your August 7th tweets?

3    A    [(b)(4)]    I think that -- this is extremely sensitive

4    information, so I would not want to -- I mean, I'm not

5    sure how one could really arrive at that well without

6    letting the cat out of the bag.

7         As I said -- Fidelity was already an investor in

8    SpaceX and the parent company.  T. Rowe was interested,

9    Baillie was interested, others were also interested.  T.

10   Rowe was a big investor -- is a big investor, and Uber as

11   a private company, it has a valuation above Tesla's.

12        I think Fidelity is also an investor and Uber as

13   a private company.  These all struck me, okay, clearly

14   they are willing to have big stakes in not only SpaceX but

15   also in companies like Uber.  In my view we had better technology than

16   Uber so they -- I expected -- I expected them to be like,

17   of course, like not a problem.  And I'm not sure it would

18   have been that easy to get -- I'm not sure how you would

19   get the opinion, the real opinion.  Because who would you

20   ask at those companies, you know?  So it's sort of tricky.

21   It's tricky and then, why are you asking, you know.

22        Q    My question was a little bit different.  Did you

23   consider doing anything separate from contacting folks at

24   those companies with the prospect of a going private

25   transaction to assess the feasibility of their

Page 219

1    participation in a going private transaction?

2        A    No.  I assumed that the -- no, I assumed that

3    they would be comfortable withholding their shares in

4    Tesla as a private company because as I mentioned Fidelity

5    is an investor in SpaceX.  Baillie and T. Rowe want to be

6    investors in SpaceX.  There's others that also

7    want to be.  Fidelity and T. Rowe are significant

8    investors in Uber, which is also a private company and in

9    the transport business.

10            I thought these facts were clearly indicated, a

11   high comfort level withholding shares in a private

12   company.

13       Q    When you discussed with the board that you would

14   go forward and speak to existing Tesla investors about the

15   prospect of a going private transaction, was there any

16   discussion of the manner in which you would have those

17   discussions with existing investors?

18       A    No.  No.  I think I said I would call them.  And

19   we would have to figure out some way to disclose that a take

20   private is under consideration.  I mean, I can say -- I know

21   you're getting to it, of course.  But the -- in the normal

22   course of business what I would have done -- I may be

23   preempting your question, but perhaps helpful.

24            In the normal course of business we would have

25   done an after-hours disclosure of a take private.  And I

Page 220

1   actually intended to do that on the Tuesday night of the
2   tweet.  So that would have been approximately -- if not
3   the Tuesday night certainly the Wednesday night.
4           It served as a disclosure of the salient facts
5   that I was investigating a take private at $420 and that
6   in my opinion, funding was secured for this.
7           Then on Tuesday morning the news of the Saudi
8   investment broke and I saw that -- I first got an email
9   Tuesday morning from Tesla Communications saying that
10  Financial Times has an inquiry about the Saudi investment,
11  which like rang a huge alarm bell in my head.  This is
12  like, whoa, how is this information getting out there?
13          And then I saw that the news, the Financial Times
14  published this information, and then the stock started
15  rising quite rapidly after the news of the Saudi 5 percent
16  investment.
17          My thought was, this is -- this is very
18  problematic.  I thought that most likely if the Saudi news
19  investment had leaked then probably the take private news
20  is also leaking, or at least is at great risk of leaking.
21          And so it was like, okay.  This is going to make
22  sure there's a fair playing field here.  And so I --
23  there's a few facts that need to be out there.  And that
24  is that I am considering taking Tesla private.  In my view
25  funding is secured.  And the price that I proposed to the

Page 221

1    board was $420.  These seemed like critical facts for a

2    level playing field for investors.

3            Like I said, it would otherwise if not for the

4    Saudi news leaking would have been through a standard

5    disclosure form after hours.

6            But I was like, hum, better get those facts out

7    there.  So that was my thinking.  I'm preempting some of

8    your questions, but this may be helpful.

9            MR. BUCHHOLZ:  Before sending the first tweet

10   did you consult with anyone else at Tesla?

11           THE WITNESS:  No.

12           MR. BUCHHOLZ:  So no one else reviewed the

13   content of the first tweet before it went out?

14           THE WITNESS:  No, since -- I would be essentially

15   the bidder.  It didn't make sense -- seems like -- in the

16   multi hat scenario, if I'm the bidder it doesn't make

17   sense to consult with the bidee.  Sorry.

18           So, you know, and I had not had time to formally

19   engage advisors, and whatnot.  So, you know, it was

20   like -- this very important information of the Saudi

21   investment is leaking.  Well, they're the ones that want

22   to help the take private, help make the take private happen.

23   Good chance that news is out there too, but selectively, so

24   let's put all the cards on the table right now.

25           MR. BUCHHOLZ:  And is it also the case that for the

1   rest of the tweets on August 7 about a potential going private

2   transaction, no one else from Tesla reviewed or approved

3   the content?

4           THE WITNESS:  They did not -- certainly did not

5   review and approve.  They might have gotten some like "what

6   the heck is going on" emails or something like that, but I

7   didn't run it by anyone.  I actually thought that I was

8   not supposed to run it by.  It wasn't like I thought I was

9   supposed to run it by Tesla and I didn't.  I thought I

10  wasn't supposed to because I have the other hat on, you

11  know.

12          MR. BUCHHOLZ:  Okay.  And what about timing?

13  Did you consult --

14          THE WITNESS:  I was trying to do the right thing

15  to be clear.  Ill-advised, perhaps.  Or ill-unadvised.

16          I'm not saying this was the smartest

17  move in the world here, but I was really

18  trying to do the right thing here, at least in my opinion.

19          And I was like, hum, better get this out there.

20          MR. BUCHHOLZ:  Did you consult with anyone at

21  Tesla about the timing of any of the tweets on August 7th?

22          THE WITNESS:  No.  No I just saw the Saudi

23  investment news hit.  Stocks started going ballistic.  This sounds

24  pretty suspect, I better get that information out there

25  and make sure there's a level playing field.

Page 223

1           MR. BUCHHOLZ:  Where you when you learned about

2     the likely article on the Saudi investment?

3           THE WITNESS:  The email from Tesla PR came in --

4     I was at home when I got the email.  But before we really

5     had a chance to respond or do anything, the news hit

6     FT, and then it was all over the national press.  And I was

7     getting in my car to go to the Gigafactory, (b)(4)

8     (b)(4)

9     That's where I'm going after this meeting.  So back to the

10    factory.

11    (b)(4)

12

13

14

15

16           MR. FARINA:  Why don't we take a break.  We've

17    been going for awhile.

18           MR. NEWELL:  That's fine.  Let's go off the

19    record.

20           VIDEO OPERATOR:  Going off the record.  The time

21    is 4:24.

22           (Recess taken.)

23           VIDEO OPERATOR:  We're back on the record.  The

24    time is 4:39.

25           BY MR. NEWELL:

Page 224

1          Q      Any substantive conversations with

2     the SEC staff during the break, Mr. Musk?

3          A      No.

4                 MR. NEWELL:  Please mark this as Exhibit EM 13.

5                      (SEC Exhibit No. 13 was

6                      marked for identification.)

7                 BY MR. NEWELL:

8          Q      Do you recognize that document?

9          A      Yes.

10         Q      I'll represent for the record that EM Exhibit 13

11    appears to be a printout of August 7th tweet published

12    around 9:48 a.m.

13                Do you know if that was 9:48 a.m. Pacific Time?

14         A      Yes.

15                Just to be clear, I was not giving away 5,000 Ethereum.

16         Q      We understand that's a representation -- I'll

17    represent for the record on the exhibit, of a fake account that was

18    not Mr. Musk's Twitter account.  That is our misunderstanding.

19         A      That is correct.

20         Q      Let's go through -- let me ask you this first,

21    Mr. Musk.  You may have seen publicly available reports

22    concerning circumstances under which you issued this

23    tweet. (b)(6); (b)(7)(C)

24    (b)(6); (b)(7)(C)

25         A      (b)(6); (b)(7)(C)

Page 225

```
 1        Q    Where were you when you published the tweet?

 2        A    I was -- well, there are several tweets here.

 3             MR. FARINA:  Asking about the first one.

 4             MR. NEWELL:  The initial tweet in the chain

 5   there.

 6             THE WITNESS:  I think I was either in my car in

 7   my garage about to drive to the airport or at the airport.

 8   I was actually trying to think when exactly did this occur

 9   but it was sometime between -- it wasn't in my house.  But it was

10   somewhere between me being in my car in my garage and

11   being in my car at the airport.  And there are various streets

12   and stop lights along the way so -- it would have either

13   been just before -- I definitely was in the

14   car, either just before I left for the airport, possibly

15   at the airport.

16        Q    (b)(6); (b)(7)(C)

17   (b)(6); (b)(7)(C)

18

19        A    (b)(6); (b)(7)(C)

20        Q    You wrote, "funding secured."  Do you see that?

21        A    Yes.

22        Q    Did you intend for the phrase, "funding secured"

23   to refer to the commitment that you understood the PIF to

24   have made at the July 31st meeting at Tesla?

25        A    Yes.
```

Page 226

1      Q    Is there anything else you were referring to when

2  you wrote "funding secured"?

3      A    I had other funding sources in mind, but I felt

4  like that effectively we were -- I was subscribed based on

5  the PIF desire to take Tesla private alone.  Even if that

6  was the only thing, that I felt was strong enough to say

7  "funding secured".  But I was confident there would be

8  many others as well.

9      Q    Did you consider those other potential sources of

10  funding to be secured at the time that you wrote this

11  tweet?

12      A    Essentially, in my mind, yes.  Something that's

13  perhaps important to know is Google or Alphabet now

14  has long been interested in acquiring Tesla and that

15  interest -- they've always been interested -- well, at

16  least for the last four years -- maybe five years.

17      Q    So you're --

18      A    It's a standing interest.

19      Q    You were also referencing Google's standing interest in

20  acquiring an interest when you wrote "funding secured"?

21      A    Yes.

22      Q    Did you have any discussions with anyone at

23  Google in July or August of 2018 about a going private transaction

24  involving Tesla?

25      A    No.

1      Q      Anything else that you were intending to

2   reference when you wrote, "funding secured"?

3      A      I also thought that SpaceX -- I was confident

4   SpaceX could be a significant participant in this

5   transaction, but from my standpoint I thought -- the

6   Saudis alone were some, at least two arguably three X over

7   subscription on what I thought was likely necessary to

8   take the company private.  And then you factor in a SpaceX

9   participation factor in Google's interest in

10  acquiring Tesla, this was -- I mean -- many, many times

11  over subscribed, in my mind.

12     Q      Were you referring in your comment "funding

13  secured" to any communications you'd had with the PIF,

14  apart from the July 31st meeting?

15     A      No.

16     Q      Any historical communications with the PIF before

17  that July 31st meeting that factored into your thinking when

18  you wrote "funding secured"?

19     A      Well, since that expressed interest in taking

20  Tesla private for two years, and in that July 31st meeting

21  had corrected my impression -- I thought for some

22  intermediary period of time they had delegated that

23  responsibility to Masa, but they corrected me that, no,

24  their interest was direct and unwavering through that

25  entire period of time.  This was not some sort of flight

1  or fancy and moreover they had already demonstrated their

2  interest in the company with a multibillion dollar

3  investment.

4          So this was not academic; they were putting their

5  money where their mouth was.

6      Q    So that's a yes?

7      A    Yes.

8      Q    You were considering the historical arc of the

9  PIF interest in Tesla in the context of writing your

10  "funding secured" tweet?

11      A    Yes.  In my mind, the funding for

12  the take private was certain, certain.

13      Q    Going back to the first communication you had

14  with the PIF, anyone from the PIF to your recollection

15  ever submitted a written offer to purchase any stake in

16  Tesla to you?

17      A    No.  But this is not the nature of how they work.

18      Q    Do you recall any historical discussion

19  at any time between you and representatives of the PIF

20  where specific size of an investment was addressed in an

21  exact dollar amount?

22      A    Not in an exact dollar amount, but, as I said

23  earlier, implicit in a take private -- and they were well

24  aware of the shareholder list.  Their view of a take

25  private would have been a much larger buyout than what I

1    had in mind.  So they would have in mind -- sort of a

2    take private meant something in the order of 80 percent

3    buyout and what I had in mind was only about a 25 percent

4    buyout.  So from a purely financial standpoint or a

5    funding standpoint this implied from even a single

6    investor we were threefold over subscribed in a take

7    private from a funding standpoint.  That is not to say

8    that I would want to do the take private which is why I

9    said considering.

10          MR. BUCHHOLZ:  I think maybe the question

11   Walker is getting at is, were there any

12    more specific conversations with PIF

13   representatives that you had or was the July 31st

14   conversation the most specific you had gotten?

15          THE WITNESS:  The July 31st was the most

16   specific, yeah.

17          MR. BUCHHOLZ:  And you didn't have any more

18   conversations before the August 7 tweets,

19   correct, with PIF?

20          THE WITNESS:  Correct.

21          BY MR. NEWELL:

22      Q    Anything else that you were intending to convey

23   in writing "funding secured"?  So far we have the PIF

24   conversation.  We have Google's interest, potential for

25   SpaceX to participate.  Anything else?

1      A    Those were the -- oh, the -- Yasir had said the

2   UAU would also be very interested, the UAU fund, that they

3   wanted to be part of it as well.

4      Q    **When did Mr. Al-Rumayyan say that?**

5      A    At the July 31st meeting.

6      Q    **You didn't recall that conversation at the**

7   **July 31st meeting when we were discussing it earlier.**

8      A    No.  It just -- it was like an offhand comment he

9   said the UAU would definitely want to be part of it as well,

10  they would be interested.

11          It should also be said that subsequently when we

12  did with Silver Lake and Goldman, Canvas, Google, PIF and

13  UAE and others.  They all said yes.  So my judgment in

14  this regard was accurate.

15     Q    **Anything else -- now we have the conversation**

16  **with PIF, the historical Google interest, possibility**

17  **of involving SpaceX,  Mr. Al-Rumayyan's reference to**

18  **other than sovereign wealth funds, potential interest,**

19  **anything else that you were intending to convey when you**

20  **wrote "funding secured"?**

21     A    I thought funding was secured many times over for

22  the transaction that I had in mind.

23          So, if something is like -- at least in my

24  judgment very strongly over subscribed that is a secure

25  situation.

1       Q       Everything we've just discussed with respect to

2   your bases for writing "funding secured" were based on

3   historical conversations that you had that were nonpublic,

4   right?

5       A       Correct.

6       Q       Do you think the term "funding secured" made

7   clear to readers of your tweet who weren't privy to those

8   conversations that that's what you meant?

9       A       I think it's very clear that funding is not an

10  obstacle.  That's exactly what I intended to convey, it

11  was definitely not.

12      Q       Why didn't you write funding is not an obstacle

13  rather than "funding secured"?

14      A       Well, because generally -- like "funding secured"

15  is a shorter way of saying that.

16      Q       So was is it based on the exigencies of Twitter and

17  the character limit?

18      A       Well, we're not approaching the character limit

19  but things on Twitter are not -- if there's two choices

20  and one less verbose you'd go with the one that's less

21  verbose.

22              MR. BUCHHOLZ:  So is it correct you understood

23  when you wrote this that there was no documentation of any

24  funding with a deal price or the $420 price?

25              THE WITNESS:  No, there was no -- there was

1    nothing withexplicitly, a 420 deal price document.

2          MR. BUCHHOLZ:  And you knew that when you wrote

3    the tweet, right?

4          MR. FARINA:  Hang on.  You're referring to

5    anything with the Saudis at 420.  Because we know the email to the

6    board says 420.

7          MR. BUCHHOLZ:  Right.  But your own offer.

8    So other than your own offer to the board there was no

9    documentation at 420, correct?

10         THE WITNESS:  Correct.

11         MR. BUCHHOLZ:  Did you think that readers would

12   understand that from your tweet?

13         THE WITNESS:  I think the -- if the question is

14   like should people be of the mindset that funding is

15   uncertain or certain that they should be of the latter.

16   The funding is certain.  Funding is certain and that was

17   proven when we talked to investors, this was confirmed.

18   It was certain.  There was zero -- and oversubscribed

19   exactly as expected.

20         But I do say considering.  So of the things that

21   are important in a take private situation, one of those

22   things is funding, but that is not enough to go private.

23         BY MR. NEWELL:

24     Q    Were you using the term secured as a synonym for

25   certain?

Page 233

1    A    Yes.

2    Q    Did you consider providing more specificity in
3    your tweet about sources of funding?

4    A    I did. At the time I did not want to. I thought
5    if I said the Saudis without checking with them they would
6    be pretty upset. So I thought I would not mention their
7    name but, you know, but the FT article had come out with
8    the big news "Saudi Multiple Million Dollar Investment."
9    So a lot of people put two and two together.

10    Q    And why not just issue a tweet that says, "I'm
11    considering taking Tesla private at 420"? Why was the
12    "funding secured" piece necessary in your mind?

13    A    I thought it was an important piece of
14    information that the public should be aware of.

15    Q    Is that from a fairness perspective?

16    A    Yes.

17    Q    Do you think you needed to disclose that
18    information specifically in order to go to existing Tesla
19    investors and assess their interest in a potential deal?

20    A    Yes. I mean there would be really two questions
21    that would be quite critical in talking to investors. Is
22    the money available? And then at what price? And so I
23    felt like -- this is what I strongly believed to be the
24    case that funding was certain and that the reasonable
25    price to do this at was $420. So it wasn't, you know,

1    $350, it wasn't $500, which was something in the sort of

2    reasonableness range.  And it was the number that I

3    conveyed to the board.

4            So it just seems as though there were three

5    salient points that were necessary for all cards to be on

6    the table.  "Funding secured", the price conveyed to the

7    board and that I'm -- obviously I'm considering taking the

8    company private.  But those were the most salient points.

9        Q    Let's turn back to EM Exhibit 10 which is text

10   messages, bearing Bates number 0006.  And I direct your

11   attention to Page 4 of the exhibit.  Let me know when

12   you're there.  You don't need to review the whole thing.

13   I'm just going to ask a few quick questions.

14       A    Right.  Yeah.

15       Q    Do you see the communication subtracting seven

16   hours, 10:23 Pacific time from Mr. Ahuja to you?

17       A    "Broader communication on your rationale and structure?"

18       Q    Right.  That text message, do you see that one?

19       A    Yes.

20       Q    The second text message down on Page 4 of

21   the exhibit for the record.

22           At the time that you received that text do you

23   think that additional information needed to be conveyed on

24   top of what you'd already tweeted?

25           MR. FARINA:  Sorry.  Can you repeat the question?

1          BY MR. NEWELL:

2          Q    At the time that you received that text did you

3     think that additional information needed to be publicly

4     conveyed on top of your tweets?

5          A    Yeah, I thought that would be helpful.

6          Q    Why did you think it would be helpful?

7          A    I thought people would be curious about what's

8     going on.  Some would be anxious and this could -- this

9     could address their concerns and questions.

10         Q    Were you aware in the time immediately following

11    when you published the first tweet on August 7th that we

12    just reviewed referencing "funding secured" that there

13    was some confusion about whether the tweets were real or

14    your account had been hacked?

15         A    I don't think there was serious concern about

16    that.  I don't think there was serious concern about my

17    twitter account being hacked.

18         MR. BUCHHOLZ:  Did anyone from the company

19    indicate to you they were getting questions about whether

20    your account had been hacked?

21         THE WITNESS:  They might have mentioned that.

22    They have many questions.  There were a lot of

23    questions.  The question -- just because there's a

24    question -- I mean, it's like we get a lot of questions.

25    That wasn't necessarily a question -- that was -- on many,

1    people's minds it wasn't clear.  I don't think that

2    was a serious -- I don't think people seriously thought my

3    account was hacked.  I did not think that.

4            MR. BUCHHOLZ:  Did you confirm to somebody at

5    the company after the initial tweet that it was really you

6    sending the tweet?

7            THE WITNESS:  Might have.  I might have.  This

8    wouldn't have -- yeah, wouldn't have come as a total

9    shock to say -- Todd Maron -- or Deepak Ahuja, it wouldn't

10   come as a surprise to them -- potentially the timing came as a

11   surprise but not the content because this had been a prior

12   discussion.  If someone did hack my account they also would

13   have had to have access to my email and all sorts of

14   things like not just my Twitter account.

15           BY MR. NEWELL:

16      Q    Setting aside the timing, was anyone aware that

17   you planned to announce potential going private

18   transaction publicly via Twitter as opposed to via

19   another medium?

20      A    No, but I've made many announcements through

21   Twitter.  The medium wouldn't necessarily be -- I think

22   that would not come as a great surprise to people.

23      Q    Let's look down in Exhibit 10 on the same page

24   Page 4.  Do you see an exchange between you and James

25   Murdoch around 11:25 and 11:29 a.m.?

Page 237

```
1       A    Yeah, sure.  Yeah.

2       Q    I'll just --

3       A    You mean, "Way to just light the torch paper!"?

4       Q    Let me quote the document so we're not guessing.

5            Way to torch the torch paper, Mr. Murdoch

6  wrote.  Would love five minutes to talk before next

7  official board discussion/ETC.  You responded:  Everything

8  is better with fire.

9            What did you mean by "everything is better with

10 fire"?

11      A    Oh, it's just a catch phrase I use.

12      Q    In what context prior to this?

13      A    It's just -- many contexts.  I mean -- like

14 rockets.  Rockets have a lot of fire.  So sort of flame

15 throwers which are really just a roofing torch around an air rifle case

16 through Boring Company.  Flame throwers but not really.

17 You know, fireplaces, I like fireplaces.  I just think --

18 I just think I like things -- I don't think things are

19 better on fire.  I just mean things are better -- you

20 know, it's nice to have a fire in a fireplace or -- come

21 to appreciate the value of candles.

22      Q    Where is the fire here?

23      A    Flattering lighting.

24      Q    I'm sorry.  I didn't mean to cut you off.

25 Anything more?  Sorry to break in.
```

Page 238

1      A    No.  Just candles, fireplace, flame throwers,
2   rockets.

3      Q    **What about in this context, where was the fire?**
4      A    Where was the fire?  I mean, this is just -- I
5   mean this is a comical reference to, you know -- him
6   saying way to just light the torch by  paper.  And then I
7   say this is my catch phrase I use.  Doesn't mean anything.

8      Q    **We talked about the concept of a short burn**
9   **earlier today --**
10     A    Oh, no.

11     Q    **Was that on your mind at all when you wrote this**
12  **tweet?**
13     A    Oh, no.  No.  I just say that a lot.

14          MR. NEWELL:  Please mark this as EM exhibit 14.
15              (SEC Exhibit No. 14 was
16              marked for identification.)

17          BY MR. NEWELL:

18     Q    **I'll represent for the record that**
19  **EM Exhibit 14 appears to be a printout of**
20  **another tweet on August 7, 2018.  Do you**
21  **recognize this document, Mr. Musk?**

22     A    Yes.  I can't believe this one is also giving
23  away 5,000 ethereum.

24     Q    **We'll disregard the** (b)(6);(b)(7)(C) **at the**
25  **bottom of the page, and I just want to direct your**

Page 239

1    attention to the @elonmusk tweets at the top of the page.

2            Looks like you wrote in response to a tweet from

3    someone named (b)(6);(b)(7)(C) at around 10:40. "I don't have

4    a controlling vote now & wouldn't expect any shareholder

5    to have one if we go private. I won't be selling in

6    either scenario." Did you write that?

7        A    Yes.

8        Q    Why did you issue that tweet around 10:40 a.m.?

9        A    It was in response to the question. The question

10   was: Can you confirm you'll retain control of the company

11   and that it wouldn't be an outright sale. And so I confirmed

12   that -- first I corrected the misimpression that I have a

13   controlling vote. And I wouldn't expect to have one if

14   we go private and I wouldn't expect to sell in either

15   scenario. You know, I try to be very literal, except

16   with "everything is better with fire."

17            MR. NEWELL:  Exhibit 15, please.

18                (SEC Exhibit No. 15 was

19                    marked for identification.)

20            MR. NEWELL:  I just handed you a document, Mr.

21   Musk, designated Exhibit EM 15.

22            Appears to be another printout of a tweet on

23   August 7, 2018. Just want to direct your attention to the

24   tweet. Appears to be from @elonmusk, the biggest tweet on

25   the page of the exhibit. I'm just going to quote it:  My

Page 240

1    hope is all current investors remain with Tesla. Would

2    create special purpose fund enabling anyone to stay with

3    Tesla.  Already do this with Fidelity's SpaceX investment.

4         A    Uh-huh.

5         Q    Did you write that tweet around 11 a.m. on August 7th?

6         A    I did.

7         Q    And why did you want to convey that information

8    publicly at that time?

9         A    Well, a number of investors, particularly small

10   investors, were concerned that they would not be able to

11   remain as shareholders.  At the time I -- at the time I

12   thought that I would be able to retain all investors and

13   there was one structure that would allow us to do that but

14   it's not strictly speaking -- it wouldn't be publicly

15   traded but virtually public -- it we wouldn't be publicly

16   traded but we would be public, if we simply delisted.

17        Q    Did you discuss the possibility of delisting at

18   the August 3rd board meeting as distinct from a general

19   going private transaction?

20        A    No, but I did discuss it in the week following

21   this tweet as one of the paths to achieve -- to retain all

22   shareholders.

23        Q    Did you discuss the prospect of delisting as

24   distinct from a to going private transaction

25   with anyone prior to sending these tweets?

1        A    No.

2        Q    What's your understanding, if any, Mr. Musk, of

3    what happened to Tesla's stock price in the hours

4    following your initial tweet on August 7th around 9:48 a.m.?

5            MR. FARINA:  For the rest of the trading day?

6            MR. NEWELL:  Let's take in the two or three hours

7    approximately, and I'll represent for the record it's our

8    understanding that eventually trading in Tesla stock was

9    halted for a certain period on August 7th.  So let's take

10   from the time of your initial tweet up until the time trading

11   was halted.

12       Q    What was your understanding of what happened to

13   Tesla stock during that period?

14       A    I think it rose.  I'm not sure exactly think what

15   the delta was.  It had already risen because of the leak of the

16   Saudi investment.  And it did continue to rise after my

17   tweet, although I'm not sure to what degree that was --

18   that would have continued or -- it's difficult to say.  It

19   was rising because of the Saudi investment news quite a

20   bit already.

21           So, okay better get the rest of the information

22   out there.  And then NASDAQ halted the trading at some

23   point and then resumed trading.

24           MR. BUCHHOLZ:  You said that you were aware the price was

25   rising after the news came out about the Saudi investment,

Page 242

1    correct?

2            THE WITNESS:  Yes, the stock rose quite a bit

3    after the Saudi news broke.

4            MR. BUCHHOLZ:  Do you follow the stock price

5    closely?

6            THE WITNESS:  Not normally that closely, but because

7    the news had broken on my phone -- I was looking at the

8    news and sort of -- Apple kind of stock thing.  And it was

9    like Saudi news -- multi-million dollar

10   Saudi investment breaking -- stock is

11   going up very strongly.  It was okay.  Like sounds like

12   the cat's out of the bag here.  Better make sure everybody

13   knows what's going on.

14           BY MR. NEWELL:

15      Q    Do you recall whether $420 a share was still a

16   significant premium to where the stock price was trading

17   at the time that you first published on August 7th tweet?

18           MR. FARINA:  I'm sorry.  Can you repeat that

19   question?

20           MR. NEWELL:  Sure.

21      Q    At the time you sent your first August 7th tweet

22   that we've been discussing that included the phrasing

23   "funding secured" and the dollar amount 420, do you know

24   roughly where Tesla stock price was trading?

25      A    On that morning --

Page 243

1          MR. FARINA:  Asking if he knew that at the time?

2          MR. NEWELL:  At the time of the tweet.

3          THE WITNESS:  I don't recall the exact number.  I

4    just remember it was rising rapidly as a result of the

5    Saudi news.

6          BY MR. NEWELL:

7       Q    Do you have recollection of whether it was

8    substantially lower than $420 a share?

9       A    I think it was in the high 300s or something --

10   but less than 420.  I don't know.  Maybe it was ten or 15

11   percent below 420.

12      Q    Has Tesla's share price ever traded above 400 a

13   share?

14      A    I don't think so.  It's traded pretty close to it

15   but not past it.

16      Q    Did you have any --

17      A    Excuse me.  It's traded to within, I think, to

18   the high 300's.  So that's only -- sort of maybe 6 or 7

19   percent below 420.  It's not a big difference from 420.

20      Q    What was your expectation, if any at the time you

21   wrote the "funding secured" tweet as to what would happen

22   to Tesla's share price in reaction to your tweet?

23      A    I thought -- well, I thought probably this

24   probably would cause some rise in the Tesla stock price.

25   Because necessarily this is -- whenever news breaks of any

Page 244

1    kind of potential takeover or take private, or whatever, the

2    stock always rises.

3            Now usually this jump occurs from close of

4    trading to start of trading but the jump still occurs.

5    So -- some kind of jump would occur, if we've done

6    something -- if we say done an after hours disclosure

7    there still would have been a steep change in the stock

8    price the next day.

9        Q    We discussed your recollection that stock price

10   did increase from the time that you sent the "funding

11   secured" tweet to the time trading was halted, right?

12       A    Yeah.

13       Q    What was your reaction to learning that trading

14   in Tesla had been halted?

15       A    Umm, I mean -- my reaction was that NASDAQ had

16   panicked and should not have panicked.

17       Q    You thought trading should have remained open?

18       A    Yes.  And they then reversed themselves and went

19   back to trading, so that I think probably I was correct.

20       Q    Trading didn't resume until after the August 7th

21   blog post that we've been reviewing today was published,

22   right?

23       A    Pardon?

24       Q    We can refer back to the exhibit.

25       A    The trading resumed the same day.  What are you

1    talking about?

2            MR. BUCHHOLZ:   There was an August 7 blog post.

3    We looked at two blog posts, one that came

4    out that afternoon.

5            THE WITNESS:   Okay.

6            MR. NEWELL:   Let's pull out Exhibit 7, if you

7    would.   That's the August 7 blog post.

8            MR. BUCHHOLZ:   The question is about the blog

9    post.   I wanted to ask a few more questions about the trading

10   halt before we leave that topic.

11           So did you take any steps to contact the exchange

12   or notify them that you were going to be tweeting?

13           THE WITNESS:   No.

14           MR. BUCHHOLZ:   Were you aware of any process for

15   doing that that was in place at the company?

16           THE WITNESS:   No.   My understanding was that the

17   Exchange was well aware that I would make tweets and that some

18   of these would be market moving tweets and that it was

19   something that had occurred before.   And moreover, was in

20   part was there in our disclosures as a company in our

21   corporate disclosures.

22           MR. BUCHHOLZ:   You're referring to the previous

23   10-Q reference in 2013?

24           THE WITNESS:   Yes, and the fact that people knew

25   that I did tweet quite frequently, including about

1  products and -- things that were quite significant, yeah.

2  I mean, at one point we had quite a big jump in the stock

3  price because of an April fool's joke about a Model W,

4  which is a fake watch and -- you know, had like a Big Ben

5  on a wrist, which is obviously not a real thing.

6            MR. BUCHHOLZ:  Okay.  Sounds like you were aware

7  of specific communications with someone at NASDAQ though

8  about the fact that you might be tweeting.  Was I

9  understanding your answer correctly?

10           THE WITNESS:  No, actually.  If there is I'm not

11  aware of that of that occurring.

12           MR. BUCHHOLZ:  Did you believe that NASDAQ was

13  generally aware that you might tweet material information

14  and --

15           THE WITNESS:  Yes.

16           MR. BUCHHOLZ:  That it should not halt trading as

17  a result?

18           THE WITNESS:  Yes.

19           MR. BUCHHOLZ:  What was the basis for your

20  belief?

21           THE WITNESS:  We had the 10-Q disclosure from

22  years past, and many, many tweets in the time since.  Many

23  of which were market moving tweets and I never talked to

24  NASDAQ before then.

25           MR. BUCHHOLZ:  As of the tweets on August 7,

Page 247

1    were you familiar with the term "news pending halt"?

2           THE WITNESS:  No.

3           MR. BUCHHOLZ:  And you weren't aware of any

4    processes that Tesla related to news pending halts for

5    trading in the company stocks; is that correct?

6           THE WITNESS:  Correct.

7           BY MR. NEWELL:

8       Q   So let's keep Exhibit 7 out now.  That's the

9    August 7th blog post.  I'll represent to you that it's

10   staff's understanding, and counsel should feel free to

11   correct us if I'm getting this wrong that this was made

12   public some time around, in the ball park,

13   not exactly 12:30 Pacific Daylight

14   Time on August 7th.

15          Does that generally sound right to you, Mr. Musk,

16   or do you have any recollection when this was

17   posted on Tesla's website?

18       A   Yeah, yeah, that was on that day, yeah.

19       Q   I just want to direct you to a couple of portions

20   of the blog post.  You were involved in drafting this

21   document, right?

22       A   Yes.

23       Q   I think you testified earlier that most of the

24   words in here are yours; is that a fair characterization?

25       A   Yes.

Page 248

1          Q     Look at the second to the last paragraph.  You

2     see the phrase "Where there is as little change for all of

3     our investors including all of our employees as possible."

4              Did you see that?

5          A     Sorry.  Which --

6              MR. FARINA:  The paragraph that begins --

7     "Basically I'm trying to accomplish an outcome where Tesla

8     can operate at its best," et cetera.

9              THE WITNESS:  That is correct.

10              BY MR. NEWELL:

11          Q     How are you using the term "investors" in that

12     paragraph?

13          A     Shareholders, like all shareholders.

14              MR. NEWELL:  Please mark this as EM Exhibit 16.

15              (SEC Exhibit No. 16 was

16              marked for identification.)

17              MR. NEWELL:  You've just been handed something

18     that's been marked EM Exhibit 16.

19              THE WITNESS:  Bloody Ethereum.

20          Q     Mr. Musk, I'll represent that it appears to be

21     another August 7th tweet.  The tweet at the top of the

22     page sent at about 12:36 p.m.

23          A     Yes.

24          Q     You recognize this tweet?

25          A     Yes.

Page 249

1     Q   Did you write this and publish it on Twitter

2  around 12:36 Pacific Time?

3     A   Yes.

4     Q   What did you mean by -- strike that.

5     Looks like you linked to the August 7th blog that

6  we've been discussing; is that right?

7     A   Yes.

8     Q   Why did you do that?

9     A   Well, I thought it was important to get this blog

10  out there; certainly one could just do a retweet or

11  retweet with comment and so this was a retweet with

12  comment.  But of course this should be read in the context

13  of the tweets that precede it.  It's not something all by

14  itself.

15     Q   The tweet, you mean, should be read in the context

16  of the previous tweets --

17     A   With the stream of tweets, the connected tweets.

18     Q   Did you also intend the tweet be read in the

19  context of the blog?

20     A   Yes.

21     Q   What did you mean by "investor support is

22  confirmed"?

23     A   Essentially this was somewhat synonymous --

24  synonymous with "funding secured".  I felt like there was

25  sufficient -- in fact, more than sufficient investor

Page 250

1  support to take the company private and that we would

2  be -- as I said -- quite dramatically over subscribed in a

3  take private scenario.

4      Q    And we just looked at an incidence in the

5  August 7th blog post where you use the term investors.

6  Here it sounds like you're using the term investor to

7  refer to the PIF; is that right?

8      A    Yes.  This is a different context of investor.

9      Q    How would a reader of this tweet know that?

10     A    I think if they read the full set of tweets it

11  would be clear.

12     Q    What aspect of the full set of tweets would make

13  it clear?

14     A    That "investor support" is confirmed is

15  consistent with "funding secured".

16     Q    Your intention was that's effectively conveying

17  the same message as "funding secured"?

18     A    Yeah.

19     Q    Why did you feel a need to reiterate that point?

20     A    I thought it was important that the stock -- that

21  the blog not convey uncertainty with respect to there

22  being sufficient investment to take the company private.

23  Yeah.

24     Q    Why not include that --

25     A    As you read this it is the case that in the blog and

Page 251

1    in the tweet I mean different things.  In the tweet -- in

2    the blog when I say investors I mean shareholders, current

3    shareholders.  In this tweet when I say investors I

4    mean -- I mean funding, funding to take the company

5    private.

6        Q    Why not include the reference to investor support

7    in the text of the blog itself?

8        A    I'm not sure.  This was a pretty rapidly -- this

9    was written quite quickly.  Yeah, I mean -- I think in

10   reading through the blog like what the blog does not

11   clarify is that funding is secured.  And I wanted to not have

12   people think that this blog was walking back the "funding

13   secured" comment.  That was my intention with the

14   "investor support is confirmed."

15           I mean, in this long blog in the second to the last

16   paragraph, it was true investors is used in a different

17   context than the tweet.  With the benefit of hindsight I

18   would probably have said, simply would have said:  Funding

19   is secure -- to be clear, funding is secure, as opposed to

20   investor support is confirmed.

21           At the time I thought I was just making sure

22   people didn't think I was reversing my earlier tweet.

23       Q    You testified earlier that the phrase "funding

24   secured" referred to your understanding of conversations

25   that you had had historically with a variety of entities,

Page 252

1    including the PIF, along with other expectations that you

2    had at the time including the possibility of SpaceX's

3    involvement in a going private transaction, right?

4         A    Uh-huh.

5         Q    Were you conveying that same meaning here with

6    the phrase "investor support is confirmed"?

7         A    Yes.

8         Q    So that "investor support is confirmed" included

9    in your mind when you wrote it, Google's historical

10   interest in being involved in Tesla?

11        A    Acquiring Tesla, to be precise.  Google has wanted

12   to acquire Tesla for a while, actually.

13        Q    What was the Sovereign Wealth Fund that Mr.

14   Al-Rymayyan referenced at the July 31st meeting distinct from

15   the PIF?

16        A    The UAE.  I think it's Mubadala, but he didn't

17   use the word Mubadala, he just used UAE.

18        Q    Were you also making reference to the UA

19   Sovereign Wealth Fund in writing "investor support is

20   confirmed"?

21        A    Yes, although they were not really necessary but

22   yes.  Among investors that I thought were very likely UAE

23   would be one of the them -- yeah, very likely to virtually

24   certain.

25             I'd given a talk at the UAE in Dubai and they had

Page 253

1    expressed a very strong interest in investing in Tesla.

2        Q    Let's look at the second sentence in this tweet

3    in Exhibit 16.  I'll just quote it:  "Only reason why this

4    is not certain is that it's contingent on a shareholder

5    vote."

6            What did you mean by that?

7        A    Well, first of all, this cannot be read

8    in isolation -- it must be read as a series of tweets, as

9    far as one cannot take a single sentence from a whole

10   thing -- from a whole blog and outside of the context of

11   whence it came.

12           You know, in my mind, essentially if shareholders

13   were -- if existing shareholders were in favor of going

14   private we would go private.  And if they are in favor of

15   going private they also would vote to go private.  These

16   two are the same thing, like -- I suppose at a certain

17   price they could conceivably be bought out.

18   Essentially what I was saying here is if shareholders --

19   if the existing shareholders want to go private --

20   excluding myself -- when I say -- if most "non me"

21   shareholders or most un-affiliated shareholders want to go private

22   we'll go private.

23       Q    Did you intend for this sentence that

24   we've been discussing -- starts with the only reason this

25   is not certain, to be read in context with your initial

1   August 7th tweet that referenced $420 share price?

2       A    Yes.  I assumed the stream of related tweets that

3   they would be read together.

4       Q    Did you consider including any other potential

5   uncertainties in writing this tweet?

6       A    I thought really only to -- I'd said "I'm

7   considering taking Tesla private."  So therefore if you

8   understand I have not decided to do that, whether or not to

9   do that, otherwise I would not have said considering.

10       Then even if I had not said considering and said

11   I am going to take Tesla private.  People also know that

12   that is not a certainty.  There are many companies who

13   attempt to go private who do not succeed, yeah.

14       Q    So you didn't intend the language only reason to

15   exclude other reasons apart from a shareholder vote?

16       A    I think there's a lot wrapped up in this

17   shareholder vote.  If the shareholders were overwhelmingly

18   in favor of going private we would definitely go private.

19       Q    You referenced earlier a conversation you had

20   with Mr. Gracias, who is on the Board of Directors at

21   Tesla, where he expressed, I think, loosely characterizing

22   some reservations about a going private transaction; is that

23   fair?

24       A    Yes.

25       Q    Do you have any concerns at this time that the

1  **Board of Directors would support a going private**

2  **transaction?**

3      A    Right now?

4          MR. BUCHHOLZ:  At the time of the tweet.

5          BY MR. NEWELL:

6      Q    **At the time of the tweet.**

7      A    I thought it was extremely likely that the board

8  would at least put -- extremely likely verging on

9  certainty that the board would at least put a take private

10 to a shareholder vote provided that the shareholder

11 response in canvassing them was very positive.  So

12 essentially if we had polled shareholders and they had

13 strongly supported -- been strongly interested in a take

14 private, I think the board would really have no choice but

15 to put that to their vote, that would be inappropriate to

16 do otherwise.

17     Q    **In writing "shareholder vote" did you intend to**

18 **refer to the process of approving or disapproving a**

19 **transaction, or were you referring to investors' decision**

20 **as to whether or not to roll over their shares into a**

21 **private Tesla?**

22     A    I really just meant that if we talk to

23 shareholders and they were all very much in favor of going

24 private, then it would obviously be inappropriate for the

25 board to block that; that would be contrary to

Page 256

1    shareholders' interests.  They would be breaching their

2    fiduciary duty.

3            So if shareholders were very much in favor of

4    going private, based on our conversations with them, the

5    board really wouldn't have any choice but to put that to a

6    shareholder vote because that's what they're supposed to

7    do.

8            Now when I did canvass them the response was much

9    more negative than I expected, and so we decided not to do it.

10   It's pretty straightforward.

11           MR. BUCHHOLZ:  Sorry.  Go ahead.  Were you done?

12           THE WITNESS:  Yes.

13           MR. BUCHHOLZ:  When you wrote the tweet you did

14   understand there would need to be a board vote or special

15   committee vote of some kind, right?

16           THE WITNESS:  I did but, you know, by the same

17   token if we canvass shareholders and there's a very strong

18   desire to go public, the board would be breaching their

19   fiduciary duty if they did not give shareholders the

20   opportunity to do that.  It's is not like the shareholders

21   really have a choice.  It's not like directors can just go

22   wholesale against the desire of shareholders.

23           MR. BUCHHOLZ:  Right.  Did you -- were you

24   planning to participate in that vote?

25           THE WITNESS:  No.  As with prior votes this would

Page 257

1   be -- would exclude my vote and any affiliates, if you
2   will.
3            MR. FARINA:  So to be clear, can we just clarify?
4   Are you asking the board vote or a shareholder vote or
5   both, in terms of his participation.
6            MR. BUCHHOLZ:  The board vote.
7            MR. FARINA:  Thank you.
8            MR. BUCHHOLZ:  I think you answered the
9   question.
10           THE WITNESS:  Yeah.  The board would be -- if
11  shareholders -- if canvassing after canvassing
12  shareholders they strongly wanted to go private, it would
13  be a breach of fiduciary duty for the board not to at
14  least put that to a shareholder vote.  They cannot
15  whimsically decide not to do so.
16           MR. BUCHHOLZ:  Did you believe as of August 7
17  that there would be a process of putting together the
18  details of the formal proposal?
19           THE WITNESS:  I knew that there would be some
20  complex process.  It was more complex than I expected, but
21  I knew that this would not be a trivial exercise.
22           BY MR. NEWELL:
23      Q    We discussed your overarching level of certainty
24  about whether or not a going private transaction would
25  ultimately be consummated at a previous moment in time.

1    Same question here.  What was your level of certainty that

2    the transaction would be consummated at the time that you

3    wrote this tweet?

4         A    I mean, probably roughly 50 percent.  Maybe a

5    little -- maybe a little higher than 50 percent, but

6    something close to that.  At the time I would have

7    probably said more likely than not but, you know.  Like I

8    wasn't sure if I would even want to finalize a proposal to

9    the board.  That's why I said considering.  If I said I'm

10   going to put -- I didn't say I was going to give some like

11   final proposals to the board, I was considering it, it's a

12   lot to consider.  Especially the opinions of long-time

13   shareholders.

14         So that's really, that's it.  It was really --

15   it's pretty straightforward.

16         It was like, I wonder what people think

17   about going private?  And, like I said, with the benefit of

18   hindsight of course -- if I had a hindsight machine that

19   would be really great.  That would be like --

20         MR. HEALY:  Your next project?

21         THE WITNESS:  Yes, a hindsight machine

22   would be really helpful.  But --

23   but with the benefit of hindsight, I was wrong about the

24   desire of -- or the interest in the existing shareholders

25   to go private.  That was incorrect.  They were about --

Page 259

1   they were lukewarm.  They weren't super against it, but

2   they were lukewarm.  Some were very against it; some were

3   like "it's great."  But on average, I would characterize their

4   support as around the 50 to 60 percent interest level

5   on average.

6           Because I asked them without attribution or not

7   holding them to anything. For their firm as a whole, what

8   would their holdings look like in a private situation?

9   Generally, the answer I got was 40 to 60 percent.  One

10  major investor said a hundred, which is cool, and one said

11  maybe ten percent, but most were in the 40 to 60 percent

12  range.

13          MR. FARINA:  You don't want to get ahead of

14  yourself on this.  They were still talking about where you were

15  as of this August 7th time period.  So you're talking

16  about later.  So just hold off on that until he gets to

17  questioning you on that.

18          THE WITNESS:  Okay.

19          MR. FARINA:  There is no question pending.

20          THE WITNESS:  Sure.  But yeah, just -- there's

21  like -- certainly you were right about the funding.  That

22  was proven -- that was unequivocal.  The funding was

23  there, no question, funding was definitely there.  Times a

24  lot.  But I was wrong about the level of enthusiasm that

25  existing shareholders would have for going private.  That

1  was incorrect.  That's with the benefit of hindsight.

2          MR. BUCHHOLZ:  At the time of the tweets on

3  August 7 were you aware that there would also likely be

4  regulatory approvals like CFIUS, or at least scrutiny?

5          THE WITNESS:  Yeah.  I didn't anticipate a CFIUS

6  block because I thought we would do this with -- would

7  not, you know I would want to do that with a broad

8  shareholder base, where we're not hitting CFIUS limits or

9  having undue foreign influence, which is the fundamental

10  premise of the CFIUS laws.

11          So I didn't anticipate CFIUS being an issue and,

12  yeah, so that didn't seem like an issue.  Of course there

13  would be a process to follow from regulatory standpoint

14  but you know if you have overwhelming shareholder support

15  it may take time, but it's not a question of if but rather when.

16          MR. BUCHHOLZ:  With regard -- were you done?

17  Sorry.

18          THE WITNESS:  Yes.

19          MR. BUCHHOLZ:  With regard to the CFIUS

20  question, you did understand that the likelihood of issues

21  would increase with the size of the Saudi investment,

22  correct.

23          THE WITNESS:  Yes.

24          MR. BUCHHOLZ:  That hadn't been determined at

25  the time, correct?

Page 261

1          THE WITNESS:  Correct.  In the back of my mind I

2    was thinking probably best to have the Saudi investment be

3    at around 15 percent, maybe 20, but not above 20.  And

4    once you start to get to the 20 percent level that's where

5    CFIUS starts to get a little dodgy, yeah.

6          MR. FARINA:  Why don't we take a break.  It's

7    quarter to 6.

8          MR. NEWELL:  Let's go off the record.

9          VIDEO OPERATOR:  Going off the record.  The time

10   is 5:43.

11          (Recess taken.)

12          VIDEO OPERATOR:  We're back on the record.  The

13   time is 5:54.

14          BY MR. NEWELL:

15     Q    Same question I've asked after every break.  Mr.

16   Musk, have you had any substantial conversations with the SEC

17   staff while we were off the record?

18     A    No.

19     Q    Do you recall having a conversation with (b)(6),(b)(7)(C)

20   (b)(6),(b)(7)(C) after you sent the August 7 tweets about your

21   tweeting generally?

22     A    Yes.

23     Q    Do you remember roughly when that conversation

24   took place?

25     A    I think Tuesday afternoon.

Page 262

1      Q      What do you remember about that conversation?

2      A      [b)(6),(b)(7)(C)] asked if in the future the board could

3   get a heads up on tweets of this nature and he was just in

4   general not a fan of tweeting and wished that I would --

5   I'm not sure if he said that in that conversation, but

6   certainly on a few occasions he said:  You should really

7   think about deleting your Twitter account.

8      Q      Did you tell [b)(6),(b)(7)(C)] that you would do

9   anything different going forward during that August 8th

10  conversation?

11     A      Yes.  I said I would consider tweeting -- you

12  know, put a lot more thought -- think about tweeting a lot

13  more and make sure the board had a heads up before

14  tweeting.

15     Q      Tweeting in certain contexts or any context?

16     A      Related to material Tesla information.

17     Q      Did you have any discussion with [b)(6),(b)(7)(C)]

18  about what areas of information would warrant notice to

19  the board before you went ahead with a tweet?

20     A      Anything that would be of potentially market

21  moving nature.

22     Q      I'm going to direct your attention back to

23  Exhibit 10.  It's the list of text messages, the one in

24  front of you.  You've been looking at it throughout the

25  day today.

1       A     Uh-huh.

2       Q     Let's look at Page 9 of Exhibit 10.

3             You see the text message in the middle of the

4   page that includes what appears to be a reference to an

5   image JPEG that you sent to Yasir around 12:55 p.m.

6   Pacific time on August 10th?

7       A     Yes.

8       Q     Do you remember what that image was?

9       A     Do you have that image or --

10      Q     For the sake of time I'm just hoping -- I can

11  represent to you it's our understanding that it was an

12  article relating to PIF interest.

13      A     Oh, yeah, yeah.  The media was misrepresenting --

14  I think especially some Reuters articles -- may have been

15  a Reuters article, in this case, that PIF had no interest

16  in a Tesla take private.  Obviously a total

17  misrepresentation of the situation.  And I was asking Yasir to clarify

18  that this Reuters article was not true and a bunch of the

19  press was untrue.

20      Q     From the time that you sent your first August 7th

21  tweet "funding secured" to the time you sent this text on

22  August 10th, had you had any communications with anyone

23  from the PIF?

24      A     I don't think so, but it's been a long day, but

25  I don't think so.

Page 264

1      Q    Okay.  You wrote in your next text around 12:56

2   p.m., "This is a major problem.  It is extremely important

3   that you confirm that you are in discussions with me

4   regarding the take private transaction.  Nothing more

5   needs to be said.  If this is not said we'll never speak

6   again, never."

7      A    Yes.

8      Q    You wrote that text.  And then let's move on to

9   page 10 of the exhibit.  And I just want to direct your

10  attention to the text at the top of that page.  Was that a

11  text that you received from Mr. Al-Rumayyan in response to

12  preceding text that we just read?

13     A    (b)(4)

14  (b)(4)

15

16

17

18

19

20     Q    Were you also concerned that he didn't reference

21  going private transaction specifically anywhere in his

22  reply?

23     A    (b)(4)

24  (b)(4)

25

Page 265

1    (b)(4)

2

3       Q    What normal text are you referring to that this

4    is inconsistent with?

5       A    (b)(4)

6    (b)(4)

7

8

9

10      Q    Is Mr. Al-Rumayyan a native English speaker?

11      A    No.

12      Q    He's fluent in English?

13      A    Yes, not perfect, but yes.

14      Q    Quoting from the middle of his text:  "We would

15   like to explore investing in Tesla, subject to being able

16   to create a Tesla production hub in the kingdom of Saudi

17   Arabia," and then it goes on from there.

18            Is that, to your understanding when you read this

19   text, a reference to discussions you had with the PIF

20   during the July 31st meeting?

21      A    Yes.

22      Q    You think that statement that the PIF would like

23   to explore investing in Tesla subject to being able to

24   create a Tesla production hub was an inaccurate summary of

25   the July 31st meeting?

Page 266

1        A     Yes.

2        Q     **Why is that?**

3        A     He was unequivocal about supporting the take

4    private.  He had said he wanted to do this for two years.

5    (b)(4)

6

7    what he said to me in person.

8              Apart from the -- apart from the manufacturing --

9    the production and manufacturing being something that

10   would be important in any large Saudi investment, that's

11   the only part of this that's accurate.

12       Q     (b)(4)

13   (b)(4)

14       A     (b)(4)

15   (b)(4)

16       Q     (b)(4)

17   (b)(4)

18       A     (b)(4)

19   (b)(4)

20

21       Q     (b)(4)

22   (b)(4)

23       A     (b)(4)

24              MS. CRUMPTON:  When you say "they" did not like

25   this, who did not?

Page 267

```
1              THE WITNESS:  The Saudis.  I mean, you know, the
2      fundamental optimization here is --
3              MR. BUCHHOLZ:  She's just trying to confirm the
4      actual word you said.
5              THE WITNESS:  Optimizational concern is -- don't
```
(b)(6); (b)(7)(C)
```
6
7
8
9
10
11
```
```
12       Q      What about the reference to -- at the bottom of
13      Mr. Al-Rumayyan's tweet:  "Start working together in a
14      confidential manner to explore a potential transaction."
15              Did you take any issue with that as a reflection
16      of what you discussed on July 31st?
17       A      I didn't -- I certainly didn't take it as the
18      money might not be there.  The money is definitely there.
19      But the degree of investment would -- a large investment
20      would require a large strategic commitment to Saudi
21      Arabia.  That's essentially what's at play here, but not
22      whether the money is there, but just what is the -- what
23      is the magnitude of the investment in Saudi Arabia of
24      Tesla's sort of factory essentially -- really comes down
25      to one thing, what factory would you put there, when and
```

Page 268

1    how big.  And that's really the only thing in question

2    here.

3              BY MR. NEWELL:

4        Q    Let me try a slightly different question.  Do you

5    agree with the statement in this text that there had been

6    discussion of working together in a confidential manner,

7    that is Tesla and the PIF to explore a potential

8    transaction?

9        A    Well, the confidential part is related to the

10   fact that the Crown Prince does not like press.  He's

11   like, "Can you please make the press stop?" essentially.

12             And so that's like -- the key element there.  The

13   transaction is -- as I said, it is a 100 percent done deal

14   if we are willing to agree to the damn factory.  If we said a

15   factory immediately, a large factory will begin construction

16   next year, 100 percent done deal right now --  "How much money

17   do you want?"

18       Q    What's your basis for saying the Crown Prince

19   doesn't like the press?

20       A    I mean nobody likes negative press.  (b)(6); (b)(7)(C)

21   (b)(6); (b)(7)(C)

22

23

24

25

Page 269

1          MR. BUCHHOLZ:  Did Mr. Al-Rumayyan make any

2     comments about that during the July 31st meeting?

3          THE WITNESS:  No.  I don't think he would be --

4     (b)(6); (b)(7)(C)

5

6

7

8

9

10         BY MR. NEWELL:

11    Q    Did you have any concerns at the time that you

12    wrote any of the August 7th tweets that publication of the

13    tweets would adversely impact the PIF's desire to move

14    forward with a potential transaction?

15    A    I thought that -- it would not change the

16    fundamental outcome, because the -- yes, press is --

17    negative press is bad, but this does not outweigh the

18    strategic value of a transition to a sustainable energy

19    future and sustainable economy for Saudi Arabia.  From a

20    geopolitical standpoint --(b)(6); (b)(7)(C)

21    (b)(6); (b)(7)(C)

22

23

24

25

Page 270

1           MR. BUCHHOLZ:  When Mr. Al-Rumayyan talked about

2    the production facility in the meeting did he say anything

3    about what the Crown Prince wanted?

4           THE WITNESS:  Yes.

5           MR. BUCHHOLZ:  What did he say?

6           THE WITNESS:  Oh, he was -- this is -- to be

7    clear, the interest here in Tesla is coming from the

8    Crown Prince -- Yasir is the emissary of the Crown

9    Prince.

10          MR. BUCHHOLZ:  So the message about the

11   production facility and wanting to get that done was from

12   the Crown Prince, to your understanding.

13          THE WITNESS:  Absolutely.  (b)(6); (b)(7)(C)

14   (b)(6); (b)(7)(C)

15

16

17

18   (b)(6); (b)(7)(C)              You know, the Crown Prince has got the

19   city he wants to build called Neon.  I don't know if you

20   know about it, he wants to build this city of the future.

21          And you know Tesla Gigafactory would

22   be a crown jewel in that city of the future.

23          That's what he wants.  Makes sense.  I would

24   want it if I were him.

25          MR. BUCHHOLZ: Did Mr. Al-Rumayyan communicate

Page 271

1    that to you, or is that something you put together?

2              THE WITNESS:  Yeah.

3              BY MR. NEWELL:

4        Q    **He communicated that to you at the July 31st meeting?**

5        A    And at prior meetings.  I mean, he's sort of very

6    delicate when mentioning anything to do with the Crown

7    Prince, but yeah.

8              MR. BUCHHOLZ:  You said and prior meetings.

9    Which meetings do you mean?

10             THE WITNESS:  We met like -- I don't know --

11   three or four times before that.  And he was always very

12   clear -- the meeting was always really about how do we get

13   a Tesla production facility factory in Saudi Arabia.  And

14   then have you heard about this great city of the future

15   that is being built?  That's sort of where we would like

16   that kind of thing, you know.

17             MR. BUCHHOLZ:  I want to be sure I'm not missing

18   anything.  I thought you had said at the March 17 dinner

19   meeting the discussion was primarily  focused on India,

20   with Mr. Masayoshi Son?

21             THE WITNESS:  (b)(4)

22   (b)(4)

23        MR. BUCHHOLZ:  Okay. So which other meetings do you

24   remember specifically with Mr. Al-Rumayyan about a facility in Saudi

25   Arabia before July of 2018?

Page 272

1              THE WITNESS:  I think it's come up in

2  every meeting.  We had one earlier in -- beginning of last

3  year and then --

4              MR. BUCHHOLZ:  Last year 2017 or 2018?

5              THE WITNESS:  Sorry, 2017.  Yeah, I think -- I

6  met with him -- how many times?  Three times I think maybe

7  before this meeting.  Something like that.

8              MR. BUCHHOLZ:  Including the dinner --

9              THE WITNESS:  He wasn't at the dinner.  You mean

10  the dinner with Masa --

11              MR. BUCHHOLZ:  Yes.

12              THE WITNESS:  He was not at that dinner.

13  At least, I don't recall him being at that

14  dinner.  You mean the one at (b)(6);(b)(7)(C) house?

15              MR. BUCHHOLZ:  Yes.

16              MR. FARINA:  No, you don't mean the one at (b)(6);(b)(7)(C)

17  (b)(6);(b)(7)(C)

18              MS. CRUMPTON:  The one at the factory.

19              MR. BUCHHOLZ:  The one at the factory in March

20  of 2017.  Thank you.  That's the one I mean.

21              MR. BONDI:  Steve, I think you have a document

22  on this that shows the attendance at that dinner.

23  You used it yesterday.

24              THE WITNESS:  I thought it was just Masa and (b)(6);(b)(7)(C)

25              MR. FARINA:  I think you may have been thinking

Page 273

1    of two different things.

2            THE WITNESS:  I'm not sure I've ever had dinner, actual

3    dinner with Yasir.

4            MR. FARINA:  Why don't you stop talking?  If

5    they're interested in this, they'll show you a document.

6    There's the attendance.

7            MS. CRUMPTON:  While they're pulling that

8    document, you said you met had with him you thought three

9    times before this meeting.  What is this meeting?  Are you

10   referring to the July 31st?

11           THE WITNESS:  Yes.

12           MS. CRUMPTON:  Okay.

13           THE WITNESS:  He had wanted to meet much more frequently

14   than that --

15           MR.  FARINA:  Why don't we just wait until

16   they're ready.

17           VIDEO OPERATOR:  Going off the record at --

18           MR. NEWELL:  Let's go off the record, and if I

19   could ask everyone to not discuss this exhibit while we're off

20   the record.

21           VIDEO OPERATOR:  Going off the record.  The time

22   is 6:16.

23           (Off the record.)

24           MR. NEWELL:  Let's go back on the record.

25           VIDEO OPERATOR:  We're back on the record.  The

Page 274

1    time is 6:16.

2              MR. NEWELL:  Please mark this as EM Exhibit 17.

3                   (SEC Exhibit No. 17 was

4                   marked for identification.)

5              BY MR. NEWELL:

6         Q    Mr. Musk, you've been handed an exhibit

7    that's been marked as EM Exhibit 17.

8              It bears Bates number 59268.  Appears to be a

9    calendar invitation, dated March 8, 2017.

10        A    Oh yeah.

11             MR. FARINA:  So again the March 8th, that's seven

12   hours ahead.  I think if you look this is reflecting a

13   dinner that was to take place on the 7th, so I think you

14   got to back out seven hours.

15             MR. NEWELL:  Right.

16             OTHER SPEAKER:  This document says

17   Tuesday, 3-7 --

18             THE WITNESS:  I think that's correct.

19             MR. FARINA:  P.M.  He said 3-8.  All right.

20             MR. BUCHHOLZ:  So this document indicates

21   guests, Elon, (b)(6); (b)(7)(C)  Deepak, (b)(6); (b)(7)(C)  Masa, Yasir.  Does that

22   refresh your recollection as to who attended that dinner

23   or meeting?

24             MR. FARINA:  By that question he is being

25   literal.  Do you now remember Yasir being at that

Page 275

1    meeting, or do you still not have a memory one way or the

2    other?

3            THE WITNESS:  Yes, he was at the meeting but he

4    didn't say much at all.  He said very little.

5            MR. BUCHHOLZ:  Do you believe this was the

6    meeting where there were some discussions about Mr. Son

7    about a potential facility in India?

8            THE WITNESS:  No.  The India one was the one with

9    (b)(6);(b)(7)(C) and Masa at (b)(6);(b)(7)(C) house.

10           MR. BUCHHOLZ:  Do you believe that was before or

11   after this March 17 dinner meeting?

12           THE WITNESS:  I think the second dinner was

13   later.

14           MR. BUCHHOLZ:  Can you give an approximate

15   month?

16           THE WITNESS:  We can look -- it's got to be on

17   record.  Do you have that record or not?

18           MR. FARINA:  I don't have that one either.

19           MR. BUCHHOLZ:  As you sit here you don't recall?

20           THE WITNESS:  I think it was a month later, or

21   something like that.  But it was at (b)(6);(b)(7)(C) house.

22           MR. BUCHHOLZ:  And there was no one from PIF at

23   that meeting?

24           THE WITNESS:  (b)(4)

25   (b)(4)

1          BY MR. BUCHHOLZ:

2      Q    Let's go forward in time then.  What is the next time

3   you remember meeting with Mr. Al-Rumayyan or anyone from

4   PIF?

5          THE WITNESS:  I don't remember the exact dates.

6   I just remember there were approximately three meetings.

7   I guess this is one of them.

8          One would have been just with Yasir and his team

9   I think earlier last year; i guess one was this dinner.

10  And I think one later after this, I think.  Yeah.

11         MR. BUCHHOLZ:  Were any of those in 2018 do you think?

12         THE WITNESS:  Could have been 2018.

13         MR. BUCHHOLZ:  But significantly earlier than

14  July 2018?

15         THE WITNESS:  Yes.  They basically went radio

16  silent for many months, and then out of the blue told me --

17  came in and met me and told me about the investment.

18         MR. BUCHHOLZ:  I think your testimony earlier

19  was that none of those meetings had any more specific

20  discussion about a potential investment or transaction

21  than the July 31st meeting, correct?

22         MR. FARINA:  Let's make sure the question was

23  clear.

24         There was nothing that was more specific than what was at

25  the -- what was discussed in July 31st?

Page 277

1         MR. BUCHHOLZ:  Yes.

2         THE WITNESS:  From the very beginning, the very

3    first interaction was about a take private with Yasir,

4    which is the reason I got connected with him.  That would

5    have been -- you know -- approaching two years ago.  Like

6    20 months ago or something like that.

7         So that was the whole premise for connecting with

8    him, and contacting with him is the whole -- there wasn't

9    any other reason.  And yeah, so really every meeting was

10   about take private and every meeting included interest in

11   (b)(4)

12

13

14         And then -- so a longstanding interest in taking

15   Tesla private; then, in that July 31st meeting he said he

16   has always wanted to do this.  He clarified that he

17   at no point actually wanted to delegate this

18   to Masa, which was my mistaken impression

19   that he did.  And just said, "Tell us how you want to do

20   it.  We want to do it."

21         MR. BUCHHOLZ:  Right.  And that was as specific

22   as it had gotten in any of the meetings?

23         THE WITNESS:  Pretty much.  That's -- you know --

24   (b)(4)

25

Page 278

1  (b)(4)

2  (b)(4)                                                        And Yasir

3  clarified no, this entire time, they wanted to take us private.

4  And the first meeting they had been consistent, wanted to

5  do that from the first meeting to the July 31st meeting, and

6  they just wanted to make it happen. "Just tell us how we

7  can do it."

8         And then they said, you know, even if we've now

9  invested 4 or 5 percent of the company and the only thing that's

10 holding us back for more is this 5 percent disclosure requirement,

11 obviously they didn't require any promises of anything to do

12 the five percent. This is not just like some offhand

13 interest, you know. You don't invest billions of dollars

14 in a company if it's a casual consideration.

15        MR. BUCHHOLZ: Okay. And do you recall any

16 specifics of that nature from prior meetings that were

17 different?

18        THE WITNESS: No. Actually -- really in every

19 meeting Yasir had been, we want to help you take the

20 (b)(4)

21

22

23 (b)(4)                                            So -- but I didn't

24 realize that their interest had been unwavering through

25 this entire period of time, and he only clarified that in the July

Page 279

1   31 meeting.

2           MR. FARINA:  I think we have covered this ground, and

3   it's getting rather late.

4           MR. BUCHHOLZ:  So to be clear, what changed for

5   you in the July 31st meeting was that he said they would be

6   prepared to potentially proceed without Mr. Son; is that

7   correct?

8           THE WITNESS:  Not potentially.  It's like they

9   said -- we absolutely don't want you to have Masa Son in the deal.

10          MR. BUCHHOLZ:  Okay.

11          THE WITNESS:  That was -- not only did they not

12  potentially proceed without him, absolutely not, which

13  is weird.

14          MR. BUCHHOLZ:  That was a change from earlier --

15          THE WITNESS:  It was a change in my perception.

16          MR. FARINA:  And they made the investment, that

17  was the other new information.

18          THE WITNESS:  That's a pretty -- they were voting

19  with a large -- billions of dollars to say that they

20  wanted to invest in Tesla.  It was clearly, you know, not

21  casual interest.

22          They put their money where their mouth

23  was and billions of dollars and the only thing holding me

24  back is the 5 percent limit, tell us what you want to do

25  and we'll do it.  Basically.

Page 280

1           MR. FARINA:  Okay.  Let's take stock of where we are.

2   Why don't you take another minute?

3           Do you want to move on to

4   another subject or are you done with this?  I just want to

5   figure out where we are, because it's almost 6:30 and we

6   haven't had air conditioning for the last 45 minutes.

7           THE WITNESS:  It's fine by me.  I don't mind, actually,

8   to be clear --

9           MR. FARINA:  Just -- just stop talking and let's

10  see what they want to do.

11          MS. CRUMPTON: Would you like us to turn the fan back on?

12          THE WITNESS:  You know, the fan would be great.

13  Does oxygen come into this room?  Or are we slowly going to get

14  CO2 buildup?

15          MR. NEWELL:  Let's go off the record briefly.

16          VIDEO OPERATOR:  Going off the record.

17  The time is 6:25.

18          (Off the record.)

19          VIDEO OPERATOR:  Back on the record.  The time is

20  6:29.

21          MR. NEWELL:  Mr. Musk, we have no further

22  questions at this time.  We may however call you again to

23  testify in this investigation.  Should this be necessary

24  we will contact your counsel.

25          THE WITNESS:  Thank you.

1          MR. NEWELL:  Do you wish to clarify anything or

2  add anything to the statements you made today?

3          MR. FARINA:  I just have a couple of questions

4  that I'd like to ask Mr. Musk.

5          Mr. Musk, you said a little bit earlier that the

6  timing of your initial tweet, the one at 9:48, might have

7  been ill-advised.  What did you mean by that?

8          THE WITNESS: Well, at the time I absolutely

9  felt I was doing the right thing.

10          With the benefit of hindsight, it would

11  have been less distraction to tweet after hours.  I wish I

12  had a hindsight machine, yes.

13          MR. FARINA:  Okay.  Thank you.

14          THE WITNESS:  Is there anything else?

15          MR. FARINA:  No, thank you.  Thank you, guys.

16          MR. NEWELL:  Let's go off the record.

17          VIDEO OPERATOR:  This concludes the testimony of

18  Elon Musk in the investigation regarding Tesla Motors, Inc.

19          The number of DVDs used are nine.  The original

20  DVDs will be retained by Behmke Reporting and Video, Inc.,

21  160 Spear Street, San Francisco, California.

22          Going off the record.  The time is 6:30.

23          (Whereupon, at 6:30 p.m., the examination

24  was concluded.)

25                    *  *  *  *  *

```
 1                    PROOFREADER'S CERTIFICATE
 2
 3    In the Matter of:   TESLA MOTORS, INC.
 4    Witness:            Elon Musk
 5    File Number:        SF-04082-A
 6    Date:               Wednesday, August 29, 2018
 7    Location:           San Francisco, California
 8
 9        This is to certify that I, (b)(6);(b)(7)(C)
10    (the undersigned) do hereby swear and affirm that the
11    attached proceedings before the U.S. Securities and
12    Exchange Commission were held according to the record,
13    and that this is the original, complete, true and
14    accurate transcript, which has been compared with the
15    reporting or recording accomplished at the hearing.
16
17
18    (b)(6);(b)(7)(C)                         8-30-18
19       (Proofreader's Name)              (Date)
20
21
22
23
24
25
```

1   STATE OF CALIFORNIA      )

2                            )    ss

3   COUNTY OF SAN FRANCISCO )

4          I hereby certify that the investigative hearing

5   was reported by me in the within-entitled cause; that said

6   hearing was taken at the time and place herein named; that

7   the hearing is a true record of the witness' testimony as

8   reported by me, a duly certified shorthand reporter and a

9   disinterested person, and was thereafter transcribed into

10  typewriting by computer.

11         I further certify that I am not interested in the

12  outcome of the said action, nor connected with, nor

13  related to any of the parties in said action, nor to their

14  respective counsel.

15         IN WITNESS WHEREOF, I have hereunto set my hand

16  this 30th day of August, 2018.

17

18  (b)(6);(b)(7)(C)

19

20

21         STATE OF CALIFORNIA

22

23

24

25