# EXHIBIT F

LIVE: Trump and Musk   D-Day   Tom Felton   LIVE: 'Diddy' trial   Eid in Gaza

POLITICS

# Musk waves a chainsaw and charms conservatives talking up Trump's cost-cutting efforts



BY **ADRIANA GOMEZ LICON**
Updated 6:47 AM EDT, February 21, 2025

▶ Follow live updates on President Donald Trump and his administration

OXON HILL, Md. (AP) — Billionaire Elon Musk appeared at a conservative gathering outside Washington waving a chainsaw in the air, showing openness to auditing the Federal Reserve and accusing Democrats of "treason."

Musk, the Tesla CEO who has become perhaps President Donald Trump's most influential adviser, spoke Thursday about his crusade to cut government spending and downsize the federal workforce with the administration's Department of Government Efficiency.

The entrepreneur was first announced earlier that day as a speaker, drawing huge cheers from activists gathered at the Conservative Political Action Conference. Before his appearance, he met with Argentine President Javier Milei, who has been frequently praised by Musk and popularized the power tool while campaigning in 2023 and proposing slashing public spending.

After Musk appeared onstage, wearing shades and his trademark black "Make America Great Again" hat, he said Milei had a gift for him. The Argentine leader then walked onstage with the red chainsaw and passed it to Musk.

The chainsaw was engraved with Milei's slogan, "Viva la libertad, carajo," which is Spanish for "Long live liberty, damn it."

"This is the chainsaw for bureaucracy," he said.

### RELATED STORIES



**Trump and Musk break up, and Washington holds its breath**



**Elon Musk calls Trump's tax break bill a 'disgusting abomination'**



**Judge refuses to toss states' lawsuit against Musk, DOGE**

Musk slammed the previous Biden administration for its immigration policies, specifically naming an app that was used by nearly 1 million people to be allowed into the U.S. on two-year permits with eligibility to work. He accused Biden and Democrats of doing that as an "investment" to get more support in swing states.

"A lot of people don't quite appreciate that this was an actual real scam at scale to tilt the scales of democracy in America," Musk said before Newsmax host Rob Schmitt asked him, "Treason?"

Musk responded, "Treason."

When Schmitt asked him if he would consider auditing the Federal Reserve, Musk responded, "Yeah, sure, while we're at it."

"Waste is pretty much everywhere," Musk said.

The billionaire joked that Salvadoran President Nayib Bukele has told him he is worried about his security and said he was open to ideas on how to improve his safety measures.

"President Bukele from El Salvador, who managed to put in prison like a hundred thousand murderous thugs, and he called me. 'I am worried about your security,'" he said the Central American leader told him. "I'm like, 'Dude, you are worried about my security?'"

When asked to describe what is like inside his mind, Musk replied: "My mind is a storm. It's a storm."

Steve Bannon, a popular Trump ally who once served as his chief strategist, followed Musk's appearance and acknowledged he was not the evening's top attraction as he took the stage to a far less enthusiastic reception.

"How did I draw the card to follow Elon Musk?" Bannon asked about a man he has frequently criticized as insufficiently loyal to Trump. "C'mon man! You bring out the world's wealthiest guy, Superman. I'm supposed to follow it? I'm just a crazy Irishman!"

\_\_\_\_

Associated Press writer Jill Colvin contributed from New York.