**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JIGSAW PRODUCTIONS, INC.** | |
| Plaintiff, | |
| v. | Civil Action No. 24-cv-2358 (TSC) |
| **U.S. SECURITIES AND EXCHANGE COMMISSION** | |
| Defendant. | |

# [PROPOSED] ORDER

Upon consideration of Plaintiff's Cross-Motion for Partial Summary Judgment, Defendant's Motion for Summary Judgment, all oppositions and replies thereto, and the entire record in this case, it is HEREBY ORDERED that:

1. Defendant's Motion for Summary Judgment is DENIED; and

2. Plaintiff's Cross-Motion for Partial Summary Judgment is GRANTED.

3. It is FURTHER ORDERED that Defendant shall re-process and release records responsive to Plaintiff's FOIA request, consistent with this Order and the accompanying Memorandum Opinion, within 14 days of the date of this Order.

SO ORDERED.

Date: _____                              _____
                                              HON. TANYA CHUTKAN
                                              United States District Judge

Dated: June 13, 2025

Respectfully submitted by:

*/s/ Adam A. Marshall*
Adam A. Marshall
DC Bar No. 1029423
Gunita Singh
DC Bar No. 1601923
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: amarshall@rcfp.org
Email: gsingh@rcfp.org

*Counsel for Plaintiff*