# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIGSAW PRODUCTIONS, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION<br><br>  Defendant. | Civil Action No. 24-cv-2358 (TSC) |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiff's Cross-Motion for Partial Summary Judgment, Defendant's Motion for Summary Judgment, all oppositions and replies thereto, and the entire record in this case, it is HEREBY ORDERED that:

1. Defendant's Motion for Summary Judgment is DENIED; and

2. Plaintiff's Cross-Motion for Partial Summary Judgment is GRANTED.

3. It is FURTHER ORDERED that Defendant shall re-process and release records responsive to Plaintiff's FOIA request, consistent with this Order and the accompanying Memorandum Opinion, within 14 days of the date of this Order.

SO ORDERED.

Date: _____                                    _____
                                                    HON. TANYA CHUTKAN
                                                    United States District Judge

Dated: June 13, 2025

        Respectfully submitted by:

        <u>*/s/ Adam A. Marshall*</u>
        Adam A. Marshall
        DC Bar No. 1029423
        Gunita Singh
        DC Bar No. 1601923
        REPORTERS COMMITTEE FOR
         FREEDOM OF THE PRESS
        1156 15th St. NW, Suite 1020
        Washington, DC 20005
        Phone: 202.795.9300
        Facsimile: 202.795.9310
        Email: amarshall@rcfp.org
        Email: gsingh@rcfp.org

        *Counsel for Plaintiff*