# Exhibit B

Page 14

1  Here you go.
2              (SEC Exhibit No. 2 was
3              marked for identification.)
4         BY MR. NEWELL:
5    Q    Mr. Musk, I'm handing you what appears to be a
6  copy of a testimony subpoena. It's been marked as EM
7  Exhibit 2.
8    A    Mm-hmm.
9    Q    Is this a copy of the subpoena you're appearing
10 pursuant to here today?
11   A    Yes, I believe so.
12   Q    So let's move on to -- and if you could just set that
13 aside. But generally speaking, we're going to keep --
14 looks like your counsel will help you keep things just --
15   A    The documents, sure.
16   Q    -- kind of at hand; we may refer back to certain
17 things.
18        A few -- a few brief things to go over
19 before we get started substantively here.
20        Have you ever given testimony under oath in a
21 proceeding like this before?
22   A    I mean, not before, the government's, but I've done
23 depositions in civil cases.
24   Q    Civil depositions?
25   A    Yeah, yeah.