**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JIGSAW PRODUCTIONS, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. SECURITIES AND EXCHANGE<br>COMMISSION,<br><br>      Defendant. | No. 24-cv-2358 (TSC) |

## ORDER

For the reasons explained in the accompanying Memorandum Opinion, ECF No. 25, the

Securities and Exchange Commission's Motion for Summary Judgment, ECF No. 18, is

**DENIED** and Jigsaw Productions, Inc.'s Cross Motion for Summary Judgment, ECF No. 19 is

**GRANTED.** The Commission is hereby **ORDERED** to release, within 60 days of this decision,

the video and audio recording of Elon Musk's interview with the Commission. The Commission

may withhold the portions of the recording that correspond to the redacted portions of the written

transcript that has already been released. The Commission may also withhold any portions of the

recording that contain video or audio of any person other than Musk. It is **SO ORDERED.**


Date: March 23, 2026


*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge